B1 (Official Form 1) (4/10)

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>District of Delaware | | **VOLUNTARY PETITION** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>PJ Finance Company, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>26-2238895 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>1200 North Ashland Avenue, Suite 600<br>Chicago, Illinois<br>ZIP CODE 60622 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>c/o DLA Piper LLP (US), Attn: Richard Chesley<br>203 North LaSalle St., Suite 1900, Chicago, Illinois<br>ZIP CODE 60601 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13       Recognition of a Foreign<br>               Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): PJ Finance Company, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:  N/A | Case Number: | Date Filed: |
| Location Where Filed:  N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:  See attached Rider 1 | Case Number: | Date Filed: |
| District:  District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case.)* | PJ Finance Company, LLC |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　Signature of Debtor

X _____
　Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
　(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

**Signature of Attorney***

X _____
　Signature of Attorney for Debtor(s)
　Stuart M. Brown

_____
Printed Name of Attorney for Debtor(s)
Edwards Angell Palmer & Dodge LLP

_____
Firm Name
919 North Market Street, 15th Floor
Wilmington, Delaware 19801

_____
Address
(302) 777-7770

_____
Telephone Number
March 6, 2011

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
　Signature of Authorized Individual
　Michael Husman

_____
Printed Name of Authorized Individual
Authorized Signatory

_____
Title of Authorized Individual
March 6, 2011

_____
Date

# RIDER I

**Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates
Each Concurrently Filed in the United States Bankruptcy Court
for the District of Delaware**

On the date of this petition, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their petitions, such entities filed a motion requesting joint administration of their chapter 11 cases.

1. PJ Finance Company, LLC

2. PJ Holding Company Manager, LLC

3. PJ Holding Company, LLC

4. Alliance PJRT GP, Inc.

5. Alliance PJWE GP, L.L.C.

6. Alliance PJRT Limited Partnership

7. Alliance PJWE Limited Partnership

## CERTIFICATE

### Dated: March 6, 2011

The undersigned, an authorized signatory of PJ Finance Company, LLC (the "Company"), does hereby certify the following at and as of the date hereof:

(i) attached as Annex A hereto is a true, accurate and complete copy of the resolutions (the "Resolutions") adopted by unanimous written consent on March 6, 2011;

(iii) such Resolutions were adopted by the Company in accordance with the terms of the Company's operating agreement, as amended and restated; and

(iv) such Resolutions have not been amended, modified or rescinded since adopted, and are in full force and effect as of the date hereof.

IN WITNESS WHEREOF, the undersigned has caused this certificate to be executed as of the date first set forth above.

Name:    Michael Husman
Title:     Authorized Signatory

# ANNEX A

## UNANIMOUS WRITTEN CONSENT
## of
## THE MEMBERS
## of
## PJ FINANCE COMPANY, LLC

March 6, 2011

WHEREAS, in the judgment of PJ Finance Company Manager, LLC, a Delaware limited liability company ("PJFC Manager") and Westcorp PJ Portfolio, LLC, a Nevada limited liability company ("Westcorp," and together with PJFC Manager, the "Members"), who together constitute all of the members of PJ Finance Company, LLC, a Delaware limited liability company (the "Company"), it is desirable and in the best interests of the Company and all of the direct and indirect subsidiaries of the Company, namely, PJ Holding Company Manager, LLC, PJ Holding Company, LLC, Alliance PJRT GP, Inc., Alliance PJWE GP, L.L.C., Alliance PJRT Limited Partnership and Alliance PJWE Limited Parternship (each of these subsidiaries together with the Company, the "PJ Entities") to file voluntary petitions (the "Petitions") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and the Members wish to approve such action.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Members, it is desirable and in the best interests of the PJ Entities that the PJ Entities shall be, and the PJ Entities hereby are, authorized to file the Petitions in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and

FURTHER RESOLVED, that the law firm of DLA Piper LLP (US) shall be, and hereby is, employed as bankruptcy counsel for the PJ Entities under general retainer; and

FURTHER RESOLVED, that the law firm of Edwards Angell Palmer & Dodge LLP shall be, and hereby is, employed as local bankruptcy counsel for the PJ Entities under general retainer; and

FURTHER RESOLVED, that Michael Husman and the other officers and directors of Alliance PJRT GP, Inc. (each an "Authorized Person," and together the "Authorized Persons") are hereby each severally authorized, directed and empowered, in the name of and on behalf of the PJ Entities, to execute, verify and cause to be filed the Petitions, including the schedules of assets and liabilities, the statement of financial affairs and other ancillary documents required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure to be filed with the Petitions; and

FURTHER RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the PJ Entities, to execute, verify and cause to be filed requests for first-day relief from the Bankruptcy Court that such Authorized Person may deem necessary, proper, or desirable in connection with the Petitions, with a view to the successful prosecution thereunder; and

FURTHER RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered, in the name of and on behalf of the PJ Entities, (i) to take or cause to be

taken any and all actions, and to make or cause to be made all payments (including but not limited to payments of expenses, retainers and filing fees), (ii) to make or cause to be made all federal, state and local governmental, administrative and/or regulatory filings as may be required or advisable under the laws or regulations of any jurisdiction, and (iii) to negotiate, enter into, execute, deliver and perform all other documents, agreements, certificates or instruments as may be necessary, appropriate, convenient or proper, in each case to effectuate the intent of, and the transactions contemplated by, the foregoing resolutions, and the execution and delivery thereof by such Authorized Person to be conclusive evidence of such approval; and

FURTHER RESOLVED, that each Authorized Person is hereby severally authorized, directed and empowered to cause the PJ Entities to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such Authorized Person shall be necessary, proper, and desirable to prosecute to a successful completion the PJ Entities' chapter 11 case or modify the obligations, organizational form and structure, or ownership of the PJ Entities consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, such Authorized Person's authority thereunto to be evidenced by the taking of such actions; and

FURTHER RESOLVED, that notwithstanding anything to the contrary in the foregoing resolutions, in the event that any action to be taken by the PJ Entities in furtherance of the foregoing resolutions adversely affects, or if the PJ Entities are advised by its counsel that such action is reasonably likely to adversely affect, the interests of the PJ Entities in favor of the interests of any of the PJ Entities' Affiliates (as such term is defined in section 101(2) of the Bankruptcy Code), the Authorized Persons shall have no authority to take such action unless approved by the Company's members; and

FURTHER RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed on behalf of the PJ Entities by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed adopted and approved.

*[Signature page immediately follows]*

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent as of the date first written above, it being confirmed by each that this Unanimous Written Consent may be executed in counterparts, all of which taken together shall constitute a single instrument, and may be delivered to the Partnership by facsimile or PDF, with such facsimile or PDF to be considered final and effective.

**PJ FINANCE COMPANY MANAGER, LLC**

By: _____

Name:   Michael Husman
Title:    Authorized Person

**WESTCORP PJ PORTFOLIO, LLC**

By: _Frank M. Woolley_
Name: Kenneth M. Woolley
Title: Manager

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :  Chapter 11
                                        :
PJ Finance Company, LLC,                :  Case No. _____ (_____)
a Delaware limited liability company,   :
                                        :
            Debtor.                     :
                                        :
------------------------------------------------------------x
```

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

      The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a voluntary petition in this Court on March 7, 2011 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' twenty largest unsecured creditors on a consolidated basis (the "Top 20 List"), based on the Debtors' books and records as of the Petition Date. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of any such claim.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Bank of America, N.A., as trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2. | 540 West Madison Street, Chicago, Illinois 60601 | Bank Loan | | $475,000,000 (value of security $275,000,000) |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Quantum Asset Development, Inc. | 4225 Lake Forest Drive<br>Kalamazoo, Michigan 49008<br>Ph: (269)217-4625<br>Fax: (269) 663-2088<br>Email: Quantumhc@sbcglobal.net | Trade Debt | | $417,319.77 |
| Aimsco/MRO | 3200 Earhart Drive<br>Carrollton, Texas 75006<br>Ph: 972-416-7500<br>Fax: (972) 416-1781<br>E-mail: darrow@aimscosupply.com | Trade Debt | | $389,440.89 |
| HD Supply Facilities Maintenance | P.O. Box 509058<br>San Diego, California 92150<br>Ph: (800) 798-8809<br>Fax: (800) 859-8889<br>E-mail: david.millett@hdsupply.com | Trade Debt | | $190,725.82 |
| Genie Services, Inc. | 2010 W. Parkside Ln. #140<br>Phoenix, Arizona 85027-1212<br>Ph: (602)841-5051<br>Fax: (623) 582-6116<br>Email: njeancheff@genieservices.com | Trade Debt | | $142,479.50 |
| Valet Waste | 601 North Ashley Drive, Suite 700<br>Tampa, Florida 33602<br>Ph: (813) 248-1327<br>Fax: (813) 248-8857<br>Email: info@trenam.com | Trade Debt | | $140,000.00 |
| Richmond & Associates Landscaping Ltd | 11359 Kline Drive<br>Dallas, Texas 75229<br>Ph: (972) 488-4769<br>Fax: (972) 488-8999<br>Email: chaun@richmondlandscape.com | Trade Debt | | $130,814.77 |
| Contemporary Contractors Inc. | P.O. Box 177453<br>Irving, Texas 75017<br>Ph: (972) 399-1255<br>Fax: (972) 986-7912<br>Email:rebecca@contemporarycontractors.com | Trade Debt | | $130,508.35 |
| Nature's Paintbrush | 3153 Spur Trail<br>Dallas, Texas 75234<br>Ph: (214) 878-9615<br>Fax: (214) 358-8923<br>Email: Naturespaintbrsh@aol.com | Trade Debt | | $128,592.46 |
| Consumer Source Inc. | P.O. Box 402039<br>Atlanta, Georgia 30384<br>Ph: (713) 960-8292<br>Fax: (678) 421-3233<br>Email: yquijano@primedia.com | Trade Debt | | $113,905.20 |
| Alliance Tax Advisors | 433 E Las Colinas Blvd Ste# 980<br>Irving, Texas 75039<br>Ph: (214) 496-9800<br>Fax: (214) 496.9801<br>Email: lbackus@atatax.com | Trade Debt | | $108,510.00 |

EAST\44313334.6

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | NAME , TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | C U D S | AMOUNT OF CLAIM (if secured also state value of security) |
| Dfw Tech Group Inc | 2225 E Randol Mill Rd<br>Suite 515<br>Arlington, Texas 76011<br>Ph: (817) 640-6120<br>Fax: (817) 640-6256<br>Email: frank@dfwtechgroup.com | Trade Debt | | $98,562.50 |
| Bnk Inc | 4224 Shackleford Road<br>Norcross, Georgia 30093<br>Ph: (770) 451-6890<br>Fax: (770) 451-6796<br>Email: bnkcontracting@yahoo.com | Trade Debt | | $79,686.60 |
| Creative Multicare, Inc. | P.O. Box 1147<br>Jonesboro, Georgia 30237<br>Ph: (770) 478-8728<br>Fax: (770) 478-8717<br>Email: scoria@creativemulticare.com | Trade Debt | | $78,173.00 |
| Element Enterprises | 255 N. Center Street<br>Suite 106<br>Arlington, Texas 76011<br>Ph: (817) 375-8453<br>Fax: (817) 375-8458<br>Email: shanabeaty@txelement.com | Trade Debt | | $76,162.02 |
| Red Carpet Cleaning | P.O. Box 892<br>Colleyville, Texas 76034<br>Ph: 817-682-1856<br>Fax: (817) 633-4087<br>Email: redcarpetservices@yahoo.com | Trade Debt | | $75,396.60 |
| Aquarius Painting Company | 2100 N. HWY 360<br>Suite 1906B<br>Grand Prairie, Texas 75050<br>Ph: (214) 412-3818<br>Fax: (214) 412-3919<br>Email: info@aquariuspaintingcompany.com | Trade Debt | | $70,082.61 |
| National Water & Power | Attn: Accounting<br>22 Executive Park<br>Irvine, California 92615<br>Ph: (877) 629-6082<br>Fax: (714) 445-0040<br>Email: bsmolarski@nwpsc.com | Trade Debt | | $69,853.02 |
| Beaver Force Property Services, LLC | PO Box 48926<br>Watauga, Texas 76148<br>Ph: (817) 721.4583<br>Fax: (817) 741.8650<br>Email: ccervantes@beaverpropertyservices.com | Trade Debt | | $65,045.49 |
| Valley Green Landscape Inc | P.O. Box 620150<br>Las Vegas, Nevada 89162<br>Ph: (702) 458-5979<br>Fax: (702) 458-2515<br>Email: valleygrn@aol.com | Trade Debt | | $63,150.00 |

EAST\44313334.6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                        :
In re                                   : Chapter 11
                                        :
PJ Finance Company, LLC,                : Case No. _____ (      )
a Delaware limited liability company,   :
                                        :
            Debtor.                     :
                                        :
--------------------------------------------------------x
```

## DECLARATION CONCERNING THE DEBTOR'S LIST OF CREDITORS
## HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Michael Husman, authorized signatory of PJ Finance Company, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Creditors Holding the Twenty Largest Unsecured Claims submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: March 6, 2011

_____
Name:   Michael Husman
Title:   Authorized Signatory

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                      :
In re                                 :  Chapter 11
                                      :
PJ Finance Company, LLC,              :  Case No. _____ (_____)
a Delaware limited liability company, :
                                      :
            Debtor.                   :
                                      :
-----------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS

  The debtor in this chapter 11 case and certain affiliated entities (collectively, the "Debtors") each filed a petition in this Court on March 7, 2011 for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of the petition, the Debtors filed a single consolidated list of creditors (the "Consolidated Creditor List"), in lieu of separate lists. Due to its voluminous nature, the Consolidated Creditor List is being submitted to the Court electronically as an attachment hereto.

[information provided in electronic format]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

----------------------------------------------------x
:
In re                                               :   Chapter 11
                                                    :
PJ Finance Company, LLC,                            :   Case No. _____ ( _____ )
a Delaware limited liability company,               :
                                                    :
           Debtor.                                  :
                                                    :
----------------------------------------------------x

## DECLARATION REGARDING CONSOLIDATED CREDITOR LIST

    I, Michael Husman, authorized signatory of PJ Finance Company, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the Consolidated Creditor List submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: March 6, 2011

                                       _____

                                       Name:    Michael Husman
                                        Title:     Authorized Signatory

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
---------------------------------------------------------x
                                    :
In re                               :   Chapter 11
                                    :
PJ Finance Company, LLC,            :   Case No. _____ (_____)
a Delaware limited liability company, :
                                    :
            Debtor.                 :
                                    :
---------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities/ Kind of Interest |
|---|---|---|
| PJ Finance Company Manager, LLC 1200 North Ashland Avenue, Suite 600 Chicago, Illinois, 60622 | limited liability company interest | 75% interest |
| WestCorp PJ Portfolio, LLC 630 Trade Center Drive Las Vegas, Nevada 89119 | limited liability company interest | 25% interest |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------x
                                                  :
In re                                             :   Chapter 11
                                                  :
PJ Finance Company, LLC,                          :   Case No. _____ (____)
a Delaware limited liability company,             :
                                                  :
             Debtor.                              :
                                                  :
--------------------------------------------------x
```

**DECLARATION CONCERNING THE DEBTOR'S LIST
OF EQUITY SECURITY HOLDERS**

I, Michael Husman, authorized signatory of PJ Finance Company, LLC, a Delaware limited liability company and the entity named as debtor in this case, declare under penalty of perjury under the laws of the United States of America that I have reviewed the List of Equity Security Holders submitted herewith and that the information contained therein is true and correct to the best of my information and belief.

Dated: March 6, 2011

_____
Name:   Michael Husman
Title:    Authorized Signatory

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
---------------------------------------------------------------x
In re                                           :
                                                : Chapter 11
PJ Finance Company, LLC,                         :
a Delaware limited liability company,           : Case No. _____ (_____)
                                                :
            Debtor.                              :
---------------------------------------------------------------x
```

## PJ FINANCE COMPANY, LLC'S STATEMENT PURSUANT
## TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), PJ Finance Company, LLC (the "Debtor") respectfully represents that PJ Finance Company Manager, LLC and WestCorp PJ Portfolio, LLC, each directly or indirectly own 10% or more of the Debtor's equity interests.

*[remainder of page intentionally left blank]*

Dated: March 7, 2011  
      Wilmington, Delaware

Respectfully submitted,

_____

Stuart M. Brown (DE 4050)  
Michelle E. Marino (DE 4577)  
EDWARDS ANGELL PALMER & DODGE LLP  
919 N. Market Street, Suite 1500  
Wilmington, Delaware 19801  
Telephone: (302) 777-7770  
Facsimile: (302) 777-7263  
Email: sbrown@eapdlaw.com  
       mmarino@eapdlaw.com

    -and-

Richard A. Chesley (IL 6240877)  
Kimberly D. Newmarch (DE 4340)  
DLA PIPER LLP (US)  
203 N. LaSalle Street, Suite 1900  
Chicago, Illinois 60601  
Telephone: (312) 368-4000  
Facsimile: (312) 236-7516  
Email: richard.chesley@dlapiper.com  
       kim.newmarch@dlapiper.com

PROPOSED ATTORNEYS FOR DEBTORS AND  
DEBTORS IN POSSESSION