# EXHIBIT 1

**Initial Budget**

# PJ Portfolio Budget
March 4, 2011

|  | Week Ending 3/12/2011 | | | Week Ending 3/19/2011 | | |
|---|---|---|---|---|---|---|
|  | Budget | Actual | Variance | Budget | Actual | Variance |
| **Operating Cash Receipts** | | | | | | |
| Tenant Revenue | $ 3,470,399 | | | $ 243,759 | | |
| Contracts-Oil and Gas | | | | | | |
| Contracts-Cable | | | | | | |
| Total Operating Cash Receipts | $ 3,470,399 | $ - | | $ 243,759 | $ - | $ - |
| **Operating Cash Disbursements** | | | | | | |
| Management Fees | $ (108,263) | | | | | |
| Construction Management Fees | | | | | | |
| Advertising | (13,000) | | | (13,000) | | |
| Telecommunications | (7,000) | | | (7,000) | | |
| Computer Processing | (12,300) | | | (8,300) | | |
| AZ Sales Tax | | | | | | |
| Reimbursed Property Mgr Exp | | | | (22,975) | | |
| Evictions | (2,200) | | | (2,200) | | |
| Bank Charges | | | | | | |
| Legal Fees | | | | | | |
| Petty Cash Reimbursement | (16,000) | | | (8,000) | | |
| Payroll | (385,000) | | | | | |
| Landscaping | | | | | | |
| Pest Control | | | | | | |
| Maintenance | | | | (55,000) | | |
| Property Repairs | | | | (50,000) | | |
| Utilities | (125,000) | | | (125,000) | | |
| Owner/Manager Expense Reimbursements | | | | (2,500) | | |
| Franchise Taxes | | | | | | |
| Taxes | | | | (664,184) | | |
| Insurance | | | | (175,170) | | |
| Other | | | | (8,000) | | |
| Ernst and Young 2010 Audit | | | | (20,000) | | |
| Deloitte Tax Preparation | | | | (15,000) | | |
| Debtors Counsel | | | | (250,000) | | |
| KCC | | | | (15,000) | | |
| CBRE | | | | (30,000) | | |
| Committee Counsel | | | | (25,000) | | |
| Utility Deposit | (338,479) | | | | | |
| Total Operating Cash Disbursements | (1,007,241) | - | | (1,496,329) | - | - |
| **Net Cash Flows** | $ 2,463,157 | $ - | | $ (1,252,570) | $ - | $ - |
| Beginning Cash Balance | 1,104,975 | | | 3,568,132 | | |
| Ending Cash Balance | $ 3,568,132 | $ - | | $ 2,315,562 | $ - | $ - |