# Exhibit A

# (Proposed Order)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re                                                       : Chapter 11
                                                            :
PJ Finance Company, LLC, et al.,[1]                         : Case No. 11-_____ (____)
                                                            :
                    Debtors.                                : (Joint Administration Requested)
                                                            :
------------------------------------------------------------x

## ORDER GRANTING MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004 AUTHORIZING DEBTORS' ENTRY INTO A FINANCING ARRANGEMENT AND PERFORMANCE THEREUNDER IN CONNECTION WITH THEIR PLAN OF REORGANIZATION

This matter coming before the Court on the Motion of the Debtors and Debtors in Possession (collectively, the "Debtors") for an Order: (i) authorizing the Debtors to enter into the commitment letter (the "Commitment Letter"), dated March 2, 2011, as amended from time to time, by and among certain of the Debtors and Gaia Real Estate Investments LLC (the "Investor") to provide the Debtors with financing that will enable the Debtors to consummate a plan of reorganization (the "Financing Arrangement"); and (ii) granting certain related relief (the "Motion");[2] the Court, having reviewed the Motion and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 USC §§ 1408

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

[2] Capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; and after due deliberation the Court having determined that the relief requested in the Motion is necessary and essential for the Debtors' reorganization and such relief is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors are hereby authorized, but not directed, to enter into and perform all of their obligations under the Financing Arrangement, attached to the Motion as <u>Exhibit B</u>, pursuant to Bankruptcy Code section 363(b), and all such obligations shall constitute legal, valid, and binding obligations of the Debtors enforceable against the Debtors in accordance with their respective terms. The Debtors are further authorized to take any and all actions necessary or appropriate in connection therewith, including, without limitation, the payment, when due, of all fees, charges, expenses, and indemnity claims required thereby.

3. The Debtors' obligations under the Financing Arrangement, including the Investor Protections, are actual and necessary costs of preserving the Debtors' estates and are hereby afforded administrative expense priority status under section 503(b)(1) of the Bankruptcy Code.

4. The effect of this Order shall survive the conversion, dismissal, and/or closing of these Bankruptcy Cases, appointment of a trustee herein, and/or confirmation of a plan of reorganization.

5. Notwithstanding the possible application of any rule under the Federal Rules of Bankruptcy Procedure, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2011
       Wilmington, Delaware
                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE