IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| PJ FINANCE COMPANY, LLC, *et al.*, | : | Case No. 11-10688 (BLS) |
| | : | |
| Debtors | : | (Jointly Administered) |

---

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned represents TORCHLIGHT LOAN SERVICES, LLC, f/k/a ING Clarion Partners, LLC, as Special Servicer for Bank of America, N.A., as successor trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2, and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), and (f) and 3017(a). All such notices should be addressed to the following person:

> Monica S. Blacker
> Andrews Kurth LLP
> 1717 Main St., Suite 3700
> Dallas, Texas 75201
> monicablacker@andrewskurth.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

DATED this 10th day of March, 2011.

Respectfully submitted,

ANDREWS KURTH LLP

By: /s/ Monica S. Blacker
    Monica S. Blacker
    State Bar No. 00796534
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**TORCHLIGHT LOAN SERVICES, LLC, as SPECIAL SERVICER FOR BANK OF AMERICA, N.A., AS SUCCESSOR TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., COMMERCIAL PASS-THROUGH CERTIFICATES, SERIES 2007-C2**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served on the following via electronic court filing on the 10th day of March, 2011:

| | |
|---|---|
| Michelle E. Marino<br>Stuart M. Brown<br>Edwards Angell Palmer & Dodge LLP<br>919 N. Market St., Suite 1500<br>Wilmington, DE 19801 | U.S. Trustee<br>844 King St., Room 2207<br>Lockbox #35<br>Wilmington, DE 19899 |
| Richard L. Chesley<br>Kimberly D. Newmarch<br>DLA Piper LLP<br>203 N. LaSalle St., Suite 1900<br>Chicago, IL 60601 | |

                                              /s/ Monica S. Blacker
                                              Monica S. Blacker