UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 11-10688-11 |
| PJ FINANCE COMPANY, LLC § | | |
| DEBTORS(S), § | | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

> LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
> 2323 BRYAN STREET SUITE 1600
> DALLAS, TX 75201
> Telephone: (214) 880-0089
> Facsimile: (469) 221-5002
> Email: dallas.bankruptcy@publicans.com
>
> By: */s/ Elizabeth Weller*
> Elizabeth Weller    SBN: 00785514

**Certificate of Service**

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

| | |
|---|---|
| MICHELLE E MARINO<br>EDWARDS ANGELL PALMER &<br>DODGE LLP<br>919 N MARKET STREET STE 1500<br>WILMINGTON, DE 19801 | US TRUSTEE (DELAWARE)<br>844 KING STREET, RM 2207<br>LOCK BOX #35<br>WILMINGTON, DE 19899-0035 |

Dated this  11th  day of  March, 2011                */s/ Elizabeth Weller*
                                                              Elizabeth Weller