# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| PJ FINANCE COMPANY, LLC, *et al.,*[1] | § | Case No. 11-10688 (BLS) |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

William A. Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8135), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for Purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

DANIEL T. HODGE
First Assistant Attorney General

BILL COBB
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ William A. Frazell*
WILLIAM A. FRAZELL
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone:  (512) 475-4862
Facsimile:  (512) 482-8341
ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

## CERTIFICATE OF SERVICE

I certify that on March 11, 2011, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Alliance PJWE Limited Partnership
c/o DLA Piper LLP (US)
Attn:  Richard Chesley
203 North Lasalle St., Suite 1900
Chicago, IL 60601

By Electronic Means as listed on the Court's ECF Noticing System:

- Monica S. Blacker     monicablacker@andrewskurth.com, cyndieschindler@andrewskurth.com
- Stuart M. Brown     sbrown@eapdlaw.com, DEbankruptcy@eapdlaw.com
- Michelle E. Marino     mmarino@eapdlaw.com, DEbankruptcy@eapdlaw.com
- Jason Jay Scott     ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
- Helen Elizabeth Weller     dallas.bankruptcy@publicans.com

*/s/ William A. Frazell*
WILLIAM A. FRAZELL

2