# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          : Chapter 11
                                               :
PJ FINANCE COMPANY, LLC, *et al.*,[1]          : Case No. 11-10688 (BLS)
                                               :
        Debtors.                       : (Jointly Administered)
---------------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Monica S. Blacker of Andrews Kurth LLP, 1717 Main Street, Suite 3700, Dallas, Texas 75201, to represent Torchlight Loan Services, LLC, f/k/a ING Clarion Partners, LLC, as Special Servicer for Bank of America, N.A., as successor trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2 in the above-captioned chapter 11 cases.

Dated: March 15, 2011  
       Wilmington, Delaware

/s/ R.C. Maddox
_____
Robert C. Maddox (No. 5356)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

---

[1] The Debtors are the following 7 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): PJ Finance Company, LLC, a Delaware limited liability company (8895), PJ Holding Company Manager, LLC, a Delaware limited liability company (8895), PJ Holding Company, LLC, a Delaware limited liability company (8895), Alliance PJRT GP, Inc., a Delaware corporation (1787), Alliance PJWE GP, L.L.C., a Delaware limited liability company (8133), Alliance PJRT Limited Partnership, a Delaware limited partnership (1789), and Alliance PJWE Limited Partnership, a Delaware limited partnership (8198). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Monica S. Blacker
ANDREWS KURTH LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March ____, 2011
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE