IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                              :    Chapter 11
                                    :
PJ Finance Company, LLC, *et al.*,  :    Case No. 11-10688 (BLS)
                                    :
                    Debtors.        :    Jointly Administered
                                    :
                                    :    **Re: Docket No. 32**
---------------------------------------------------------x

**LIMITED OBJECTION OF TORCHLIGHT LOAN SERVICES, LLC TO
MOTION OF DEBTORS AND DEBTORS IN POSSESSION FOR AN
ORDER AUTHORIZING PAYMENT OF CERTAIN
<u>PREPETITION TAXES</u>**

Torchlight Loan Services, LLC, f/k/a ING Clarion Capital Loan Services, LLC, successor by appointment to ING Clarion Partners, LLC ("<u>Torchlight</u>"), as Special Servicer for U.S. Bank National Association, as successor trustee for the registered holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2, hereby files this Limited Objection (the "<u>Limited Objection</u>") to the Motion of the Debtors and Debtors In Possession (collectively, the "<u>Debtors</u>") for an Order Authorizing Payment of Certain Prepetition Taxes (the "<u>Motion</u>")[1] [Docket No. 32], and in support thereof respectfully states:

1. The Debtors request authority of this Court for entry of an order authorizing them to pay, in their sole discretion, the Prepetition Taxes in amounts not to exceed $12,000. Prepetition Taxes are defined in the Motion as "prepetition sales taxes as well as all other taxes for which there may be personal liability for officers and directors."[2]

---

[1] All terms not otherwise defined herein shall have the meaning ascribed such terms in the Motion.

[2] The Motion, p.1.

2. Subsequently in the Motion, the Debtors expand this limited definition of Prepetition Taxes to include other prepetition obligations similar in nature, which may result in a threat of personal liability for the Debtors' directors and responsible officers.[3] In connection therewith, the Proposed Order does not separately define the term "Prepetition Taxes," but rather adopts the definition provided in the Motion.[4]

3. For purposes of clarity, Torchlight submits this Limited Objection seeking to limit this definition such that Prepetition Taxes only includes tax claims of a governmental unit, which may result in a threat of personal liability for the Debtors' directors and responsible officers.

[Remainder of Page Intentionally Blank]

---

[3] "[I]t is possible that other prepetition obligations similar in nature (and in threat of personal liability) to such Prepetition Taxes may be uncovered by the Debtors subsequent to the filing of this Motion. To the extent that such prepetition obligations exist, the Debtors will consider such obligations "Prepetition Taxes" as that term is defined and used herein and request the authority to pay such Prepetition Taxes as they may arise in the ordinary course of their businesses." The Motion, ¶12.

[4] The Proposed Order, p.1 at n.2 ("[c]apitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion").

WHEREFORE, Torchlight requests that the Court (i) limit the definition of Prepetition Taxes to only include tax claims of a governmental unit, which may result in a threat of personal liability for the Debtors' directors and responsible officers, and (ii) such other and further relief as is just.

Dated: Wilmington, Delaware
March 16, 2011

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Paul A.*

Paul N. Heath (Bar No. 3704)
Chun I. Jang (Bar No. 4790)
Robert C. Maddox (Bar No. 5356)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
heath@rlf.com
jang@rlf.com
maddox@rlf.com

--and--

**ANDREWS KURTH LLP**
Monica S. Blacker
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

**COUNSEL FOR TORCHLIGHT LOAN SERVICES LLC**