# EXHIBIT 1

(Second Interim Budget)

(Second Interim Budget)

# PJ Portfolio
Cash Flow Projection
March 14, 2011

|  | Week Ending 3/19/2011 Budget | Week Ending 3/26/2011 Budget | Week Ending 4/2/2011 Budget | Week Ending 4/9/2011 Budget | Week Ending 4/16/2011 Budget |
|---|---|---|---|---|---|
| **Operating Cash Receipts** | | | | | |
| Tenant Revenue | $243,759 | $222,668 | $1,299,561 | $3,035,547 | $232,380 |
| Contracts-Oil and Gas | $0 | $0 | | | |
| Contracts-Cable | | | | | |
| Total Operating Cash Receipts | $243,759 | $222,668 | $1,299,561 | $3,035,547 | $232,380 |
| | | | | | |
| **Operating Cash Disbursements** | | | | | |
| Management Fees | | | | | -$144,168 |
| Construction Management Fees | | | | | -$10,000 |
| Advertising | -$13,000 | -$13,000 | -$13,000 | -$13,000 | -$13,000 |
| Telecommunications | -$7,000 | -$7,000 | -$7,000 | -$7,000 | -$7,000 |
| Computer Processing | -$8,300 | -$8,300 | -$8,300 | -$8,300 | -$8,300 |
| AZ Sales Tax | | -$13,000 | | | |
| Reimbursed Property Mgr Exp | -$22,975 | | | | -$22,975 |
| Evictions | -$2,200 | -$2,200 | -$2,200 | -$2,200 | -$2,200 |
| Bank Charges | | | -$4,600 | | |
| Legal Fees | | | -$10,000 | | |
| Petty Cash Reimbursement | -$8,000 | -$8,000 | -$8,000 | -$8,000 | -$8,000 |
| Payroll | | -$365,000 | | -$385,000 | |
| Landscaping | -$80,000 | | | | -$80,000 |
| Pest Control | -$9,500 | | | -$9,500 | |
| Maintenance | -$55,000 | -$55,000 | -$55,000 | -$55,000 | -$55,000 |
| Property Repairs | -$50,000 | -$50,000 | -$50,000 | -$50,000 | -$50,000 |
| Utilities | -$125,000 | -$125,000 | -$125,000 | -$125,000 | -$125,000 |
| Manager Expense Reimbursements | -$2,500 | -$2,500 | -$2,500 | -$2,500 | -$2,500 |
| Franchise Taxes | | | | | |
| Taxes | | | | -$581,083 | |
| Insurance | | | | -$175,170 | |
| Other | -$8,000 | -$8,000 | -$8,000 | -$8,000 | -$8,000 |
| Ernst and Young 2010 Audit | | | -$20,000 | | -$20,000 |
| Deloitte Tax Preparation | | | -$15,000 | | -$5,000 |
| Debtors Counsel | -$250,000 | | | | |
| KCC | -$15,000 | -$15,000 | -$19,000 | | -$9,000 |
| CBRE | -$30,000 | | | | |
| Committee Counsel | -$25,000 | | | | |
| Utility Deposit | | | | | |
| Total Operating Cash Disbursements | -$711,475 | -$672,000 | -$347,600 | -$1,429,753 | -$570,143 |
| | | | | | |
| Net Cash Flows | -$467,716 | -$449,332 | $951,961 | $1,605,794 | -$337,764 |
| | | | | | |
| Beginning Cash Balance | $3,628,514 | $3,160,797 | $2,711,465 | $3,663,426 | $5,269,220 |
| | | | | | |
| Ending Cash Balance | $3,160,797 | $2,711,465 | $3,663,426 | $5,269,220 | $4,931,456 |

**Cash Collateral Reserves Balances**

| | |
|---|---|
| Debtors Counsel | $250,000 |
| KCC | $15,000 |
| CBRE | $30,000 |
| Committee Counsel | $25,000 |
| Hail Damage | $1,410,418 |
| Security Deposit Reserve | $962,995 |
| Initial Tax Reserve | $1,743,092 |
| February Tax Reserve | $664,184 |
| Tax Reserve - 3/11/11 | $581,083 |
| Initial Insurance Reserve | $1,688,321 |
| February Insurance Reserve | $175,170 |
| Insurance Reserve - 3/11/11 | $175,170 |
| CapEx Reserve | $208,649 |
| Replacement Reserve 2/11/11 | $198,000 |
| Miscellanous Reserve | $99,116 |
| | $8,226,198 |