# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PJ FINANCE COMPANY, LLC, *et al.*,[1] ) | Case No. 11-10688 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND FOR SERVICE OF ALL PLEADINGS AND PAPERS

Please take notice that Cross & Simon, LLC and Shutts & Bowen LLP hereby appear in the above captioned case on behalf of creditor City of Coral Springs, Florida (the "City") pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b) and hereby request (i) special notice of all matters for which special notice may be requested by parties in interest pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 109(b) and (ii) that copies of all notices, pleadings and papers given, filed or served in these cases be given and served as follows:

> Joseph Grey, Esquire
> David G. Holmes, Esquire
> Cross & Simon, LLC
> 913 North Market Street, 11th Floor
> P.O. Box 1380
> Wilmington, DE 19899-1380
> (302) 777-4200 (Telephone)
> (302) 777-4224 (Facsimile)
> Email: jgrey@crosslaw.com
> dholmes@crosslaw.com

---

[1] The Debtors are the following 7 entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): PJ Finance Company, LLC, a Delaware limited liability company (8895), PJ Holding Company Manager, LLC, a Delaware limited liability company (8895), PJ Holding Company, LLC, a Delaware limited liability company (8895), Alliance PJRT GP, Inc., a Delaware corporation (1787), Alliance PJWE CP L.L.C., a Delaware limited liability company (8133), Alliance PJRT Limited Partnership, a Delaware limited partnership (1789), and Alliance PJWE Limited Partnership, a Delaware limited partnership (8198). The mailing address of each of the Debtors, solely for purposes of notices and communications, is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

-and-

Harris J. Koroglu, Esquire
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 347-7314 (Telephone)
(305) 347-7888 (Facsimile)
Email: hkoroglu@shutts.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request filed with or otherwise brought before this Court with respect to the bankruptcy cases jointly administered under the above-referenced caption, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, courier service, telephone, email, facsimile transmission or otherwise.

This Notice Of Appearance And Request For Special Notice And For Service Of All Pleadings And Papers shall not be deemed or construed to be a waiver by the City of (1) any right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the City is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 24, 2011
Wilmington, DE

CROSS & SIMON, LLC

By: /s/ David G. Holmes
Joseph Grey (No. 2358)
David G. Holmes (No. 4718)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
jgrey@crosslaw.com
dholmes@crosslaw.com

-and-

Harris J. Koroglu, Esquire
(Florida Bar No. 32597)
Shutts & Bowen LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 347-7314 (Telephone)
(305) 347-7888 (Facsimile)
hkoroglu@shutts.com

*Counsel to the City of Coral Springs, Florida*