UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 11-10688 (BLS) |
| PJ Finance Company, LLC, *et al.* | : | |
| | : | FIRST AMENDED NOTICE OF |
| | : | APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors | : | CREDITORS* |
| ------------------------------------------------------- | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Quantum Asset Development, Inc.**, Attn: Michael Comar, 4225 Lake Forest Dr., Kalamazoo, MI 49008, Phone: 269-929-7686, Fax: 317-663-2088

2. **Alliance Tax Advisors, LLC,** Attn: Tony Comparin, 433 E. Las Colinas Blvd., Suite 980, Irving, TX 75039, Phone: 214-496-9800, Fax: 214-496-9801

3. **Genie Services, Inc.**, Attn: Nicholas Eancheff, 2010 W. Parkside Lane, #140, Phoenix, AZ, 85027, Phone: 623-582-6111, Fax: 623-582-6116

4. **Richmond & Associates Landscaping, Ltd.**, Attn: James Richmond, 11359 Kline Dr., Dallas, TX 75229, Phone: 972-488-4769, Fax: 972-488-8999

5. **Texmenian Contractors Inc., d/b/a Red Carpet Cleaning**, Attn: Alberto Carrizal, P.O. Box 892, Colleyville, TX 76034, Phone: 817-825-1393, Fax: 817-633-4087

6. **One Call Sourcing International LLC d/b/a Aimsco/MRO**, Attn: Tim Grout, 2399 Midway Rd., Carrollton, TX 75006, Phone: 972-818-1065, Fax: 972-818-1069

7. **Nature's Paintbrush**, Attn: Michael Gossett, 3153 Spur Trail, Dallas, TX 75234, Phone: 214-287-6457, Fax: 972-243-4502

ROBERTA A. DeANGELIS
United States Trustee, Region 3

/s/ Jane M. Leamy, for
T. PATRICK TINKER
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: March 24, 2011

Attorney assigned to this case: Jane Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Stuart Brown, Esquire, Phone: (302) 468-5700, Fax: (302) 394-2341

*Amended to reflect the addition of the following creditors to the Committee as of March 24, 2011: (1) One Call Sourcing International LLC d/b/a Aimsco/MRO and (2) Nature's Paintbrush.