IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                : Chapter 11
                                     :
PJ Finance Company, LLC, et al.,[1]  : Case No. 11-10688 (BLS)
                                     :
          Debtors.                   : (Jointly Administered)
                                     :
------------------------------------------------------------x

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| **13-Week Budget (Form IR-1)** | Attachment 1[2] | |
| **Certificates of Insurance:** | | |
|    Workers Compensation | Attachment 2 | Provided by Agent |
|    Property | Attachment 2 | Provided by Agent |
|    General Liability | Attachment 2 | Provided by Agent |
|    Vehicle | | None |
|    Other: Pollution | | None |
|    Other: EPL/Fiduciary/Crime | | None |
|    Other: D&O and Other Professional Liability | | None |
|    Identify areas of self-insurance w/liability caps | | None |
| **Evidence of Debtor in Possession Bank Accounts** | | |
|    Tax Escrow Account | Attachment 3 | |

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

[2] The Debtors are still in the process of finalizing their 13-week budget and will file it as soon as possible.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| General Operating Account | Attachment 4 | |
| Other: Bank Accounts Listed in Cash Management Motion Attached | Attachment 4 | |
| **Retainers Paid (Form IR-2)** | | None |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

*[signature]*　　　　　　　　　　　　　　March 25, 2011

Signature of Authorized Individual*　　　　　Date

Scott Seegmiller　　　　　　　　　　　　　CFO

Name of Authorized Individual　　　　　　Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

# EXPLANATIONS

Explanation for Insurance:

Certificates of Insurance were mailed to the US Trustee by the insurance Agent Leavitt Insurance Agency under the name of WestCorp Management Group, with Alliance PJWE Limited Partnership listed as an additional insured.


Explanation for Debtor in Possession Bank Accounts:

Please see the attached Cash Management Order (Docket Item #20, entered 3/8/2011).

Copies of the Banks Setup information screen showing the re-titled accounts are attached