# ATTACHMENT 1

THE DEBTORS ARE STILL IN THE PROCESS OF FINALIZING THEIR
13 WEEK BUDGET AND WILL FILE IT AS SOON AS POSSIBLE