# EXHIBIT 1

(Third Interim Budget)

# PJ Portfolio
## 13 Week Cash Flow Projection
### March 25, 2011

| | 1 | 2 | | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending | Week Ending | | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending |
| | 3/12/2011 | 3/19/2011 | | 3/26/2011 | 4/2/2011 | 4/9/2011 | 4/16/2011 | 4/23/2011 | 4/30/2011 | 5/7/2011 | 5/14/2011 | 5/21/2011 | 5/28/2011 | 6/4/2011 |
| | Budget | Budget | | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget |
| **Operating Cash Receipts** | Approved 2 week budget | | | | Court Approved 4 week budget | | | | | Proposed 13 week budget | | | | |
| 41XXX Tenant Revenue | $3,470,399 | $243,759 | | $222,668 | $1,299,561 | $3,035,547 | $232,380 | $260,000 | $725,000 | $3,675,000 | $650,000 | $220,000 | $450,000 | $2,001,000 |
| Less: AZ Sales Tax | | | | (13,000) | | | | (13,000) | | | (13,000) | | | |
| **Total Operating Cash Receipts** | $3,470,399 | $243,759 | | $209,668 | $1,299,561 | $3,035,547 | $232,380 | $247,000 | $725,000 | $3,675,000 | $637,000 | $220,000 | $450,000 | $2,001,000 |
| **Operating Cash Disbursements** | | | | | | | | | | | | | | |
| 511XX Management Fees | (108,263) | | | | | | (144,169) | | | | (137,005) | | | |
| 512XX Advertising | (13,000) | (13,000) | | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) | (13,000) |
| 5123XX Resident Related Expense | | | | | | | | (500) | (500) | (500) | | (500) | (500) | (500) |
| 512210 Credit Reports | | | | | | | | (2,500) | (2,500) | (2,500) | (2,500) | (3,000) | (3,000) | (3,000) |
| 512220 Evictions | (2,200) | (2,200) | | (2,200) | (2,200) | (2,200) | (2,200) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| 512450 Telecommunications | (7,000) | (7,000) | | (7,000) | (7,000) | (7,000) | (7,000) | (5,600) | (5,600) | (5,600) | (5,600) | (5,600) | (5,600) | (5,600) |
| 5123XX Computer Processing | (12,300) | (8,300) | | (8,300) | (8,300) | (8,300) | (8,300) | (11,500) | (11,500) | (11,500) | (11,500) | (11,500) | (11,500) | (12,000) |
| 512XX Reimbursed Property Mgr Exp | | (22,975) | | (22,975) | | | (22,975) | | | | (22,975) | | | |
| 512XX Bank Charges | | | | | (4,600) | | | | | (4,600) | | | | (4,600) |
| 512XX Legal Fees | | | | | (10,000) | | | | | (10,000) | | | | (10,000) |
| 512XX Petty Cash Reimbursement | (16,000) | (8,000) | | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) |
| 5125XX Manager Expense Reimbursements | | (2,500) | | (2,500) | (2,500) | (2,500) | (2,500) | (500) | (500) | (500) | (500) | (500) | (500) | (500) |
| 5126XX Permits and Licenses | | | | | | | | | | (15,000) | | | | (1,900) |
| 51310X Payroll | (262,876) | | | (365,000) | | (385,000) | | | (375,000) | | (360,000) | | (375,000) | |
| 5132XX Payroll Taxes and Benefits | | | | | | | | | (15,000) | | (15,000) | | (15,000) | |
| 5141XX Apartment Turnover Costs | | (8,000) | | (8,000) | (8,000) | (8,000) | (8,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) | (35,000) |
| 5142XX Property Repairs Expense | | (50,000) | | (50,000) | (50,000) | (50,000) | (50,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) | (8,000) |
| 5144XX Grounds Maintenance | | | | | | | | | | (5,000) | (5,000) | | | (500) |
| 5143XX Maintenance | | (55,000) | | (55,000) | (55,000) | (55,000) | (55,000) | (15,000) | (18,000) | (18,000) | (18,000) | (21,000) | (21,000) | (21,000) |
| 5145XX Other Contracts | | | | | | | | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) |
| 514525 Landscaping | | (80,000) | | | | | (80,000) | (21,000) | | | (111,000) | | | |
| 514530 Pest Control | | (9,500) | | | | (9,500) | | | | (15,200) | | | | (15,200) |
| 514535 Security Service | | | | | | | | | | (12,000) | | | | (12,000) |
| 515XX Utilities | (125,000) | (125,000) | | (125,000) | (125,000) | (125,000) | (125,000) | (145,000) | (145,000) | (145,000) | (145,000) | (145,000) | (145,000) | (145,000) |
| 621120 Property Taxes | | | | | (581,083) | | | | | | (581,083) | | | |
| 621105 Franchise Taxes | | | | | | | | (6,500) | | | (247,669) | | | |
| 711100 Insurance | | | | | (175,170) | | | (21,000) | | | (175,170) | | | |
| 921115 Ernst and Young 2010 Audit | | | | | | (20,000) | (20,000) | (280,000) | | | | | | |
| 921155 Ownership Out-of-Pocket Expense | | | | | | | (5,000) | (5,000) | | (5,000) | | (5,000) | | (5,000) |
| 921165 Deloitte Tax Preparation | | | | (15,000) | (15,000) | | | (110,000) | (150,000) | | | | | |
| 921145 Debtors Counsel | | (250,000) | | | | | | (500,000) | | (500,000) | | | | (250,000) |
| 921145 US Trustee Quarterly Fee | | | | | | | | (6,500) | | | | | | |
| 921160 KCC | | (15,000) | | (15,000) | | (19,000) | (9,000) | (21,000) | | | | | | |
| 921160 CBRE | | (30,000) | | | | | | (280,000) | | (155,000) | | | | (100,000) |
| 921160 Committee Professionals | | (25,000) | | | | | | (110,000) | (150,000) | (100,000) | | | | (100,000) |
| 141XX Construction Management Fees | | | | | | | (10,000) | (5,150) | (5,150) | (5,150) | (5,150) | (5,150) | (5,150) | (5,150) |
| 141XX Code Life Safety Violations | | | | | | | | (900,000) | | (2,075,610) | | | | |
| 141XX Capital Renovations - Turnover | | | | | | | | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| 141XX AZ Hail Damage | | | | | | | | (887,416) | | | | | | |
| Adequate Assurance Utility Deposit | (338,479) | | | | | | | | | | | | | |
| **Total Operating Cash Disbursements** | -$885,118 | -$711,475 | | -$659,000 | $347,600 | -$1,429,753 | -$570,143 | -$3,087,166 | -$899,250 | -$3,251,660 | -$2,014,152 | -$367,750 | -$752,750 | -$762,450 |
| **Net Cash Flows** | $2,585,281 | -$467,716 | | -$449,332 | $951,961 | $1,605,794 | -$337,764 | -$2,840,166 | -$174,250 | $423,341 | -$1,377,152 | -$147,750 | -$302,750 | $1,238,550 |
| **Beginning Cash Balance** | $3,628,514 | $3,628,514 | | $3,160,797 | $2,711,465 | $3,663,426 | $5,269,220 | $4,931,456 | $2,091,290 | $1,917,040 | $2,340,381 | $963,229 | $815,479 | $512,729 |

# PJ Portfolio

## 13 Week Cash Flow Projection
### March 25, 2011

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending | Week Ending |
| | 3/12/2011 | 3/19/2011 | 3/26/2011 | 4/2/2011 | 4/9/2011 | 4/16/2011 | 4/23/2011 | 4/30/2011 | 5/7/2011 | 5/14/2011 | 5/21/2011 | 5/28/2011 | 6/4/2011 |
| | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget | Budget |
| Ending Cash Balance | $6,213,795 | $3,160,797 | $2,711,465 | $3,663,426 | $5,269,220 | $4,931,456 | $2,091,290 | $1,917,040 | $2,340,381 | $963,229 | $815,479 | $512,729 | $1,751,279 |
| **Cash Collateral Reserves Balances** | | | | | | | | | | | | | |
| **Funds Held by Debtor** | | | | | | | | | | | | | |
| Debtors Counsel | | $250,000 | | | | | $750,000 | $750,000 | $1,250,000 | $1,250,000[1] | $1,250,000 | $1,250,000 | $1,500,000 |
| KCC | | $15,000 | | | | | $79,000 | $79,000 | $79,000 | $79,000[2] | $79,000 | $79,000 | $79,000 |
| CBRE | | $30,000 | | | | | $310,000 | $310,000 | $310,000 | $310,000[1] | $310,000 | $310,000 | $310,000 |
| Committee Professionals | | $25,000 | | | | | $135,000 | $285,000 | $385,000 | $385,000[1] | $385,000 | $385,000 | $485,000 |
| Security Deposit Reserve | | $962,995 | | | | | $962,995 | $962,995 | $962,995 | $962,995 | $962,995 | $962,995 | $962,995 |
| AZ Hail Damage | | | | | | | $887,416 | $687,416 | $487,416 | $287,416 | $87,416 | $0 | $0 |
| Renovation Funds | | | | | | | $198,000 | $0 | | $198,000 | | | |
| Reserve is Included in Ending Cash Balance | | $1,282,995 | | | | | $3,322,411 | $3,074,411 | $3,474,411 | $3,472,411 | $3,074,411 | $2,986,995 | $3,336,995 |
| **Funds at Wells Fargo Commercial Loan Servicing** | | | | | | | | | | | | | |
| AZ Hail Damage | | $1,410,418 | | | | | $1,410,418 | $1,410,418 | $1,410,418 | $1,410,418 | $1,410,418 | $1,410,418 | $1,410,418 |
| Tax Escrow | | $2,988,359 | | | | | $3,569,442 | $3,569,442 | $3,569,442 | $4,150,525 | $4,150,525 | $4,150,525 | $4,150,525 |
| Insurance Escrow | | $2,038,661 | | | | | $1,863,491 | $1,863,491 | $1,863,491 | $2,038,661 | $38,661 | $38,661 | $38,661 |
| Renovation Escrow | | $406,649 | | | | | $406,649 | $406,649 | $406,649 | $406,649 | $406,649 | $406,649 | $406,649 |
| Miscellanous Reserve | | $99,116 | | | | | $99,116 | $99,116 | $99,116 | $99,116 | $99,116 | $99,116 | $99,116 |
| Reserve is at Wells Fargo Bank | | $6,943,203 | | | | | $7,349,116 | $7,349,116 | $7,349,116 | $8,105,369 | $6,105,369 | $6,105,369 | $6,105,369 |
| Total Cash Collateral Reserves | | $8,226,198 | | | | | $10,671,528 | $10,423,528 | $10,823,528 | $11,577,781 | $9,179,781 | $9,092,364 | $9,442,364 |

[1] Pursuant to the Debtors' motion seeking an order authorizing the payment of interim compensation, the Debtors expect that the invoices for accrued time and expenses for the period from the Petition Date through March 31, 2011 will be payable during the we week ending May 14, 2011. Each such invoice for fees and expenses will be paid from the reserves, respectively.

[2] KCC shall be paid periodically according to the order approving their retention.