UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Alliance PJWE GP, LLC  
(Jointly Administered)

Case No. 11-10697 (BLS)  
Reporting Period: June 1, 2011 - June 30, 2011

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 30 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | X | |
| Schedule of Professional Fees Paid | MOR-1b | | X | |
| Copies of bank statements | | | X | |
| Cash disbursements journals | | | X | |
| Statement of Operations | MOR-2 | | X | |
| Balance Sheet | MOR-3 | | X | |
| Status of Post-petition Taxes | MOR-4 | | X | |
| Copies of IRS Form 6123 or payment receipt | | | X | |
| Copies of tax returns filed during reporting period | | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X | |
| Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

_____  
Date

_____  
Signature of Joint Debtor

_____  
Date

*[signature: Scott Seegmiller]*  
Signature of Authorized Individual*

July 31, 2011  
Date

Scott Seegmiller  
Printed Name of Authorized Individual

Chief Financial Officer  
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re Alliance PJWE GP, L.L.C. | | Case No. | 11-10697 (BLS) |
| | | Reporting Period: | June 1, 2011 – June 30, 2011 |

Alliance PJWE GP, L.L.C. has no operations and, accordingly, Alliance PJWE GP, L.L.C. has no Schedule of Cash Receipts and Disbursements, Bank Reconciliation, Schedule of Professional Fees Paid, Copies of Bank Statements, Cash Disbursement Journals, Statement of Operations, Balance Sheet, Summary of Unpaid Post-petition Debts, or Listing of Aged Accounts Payable.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re Alliance PJWE GP, L.L.C. | | Case No. | 11-10697 (BLS) |
| | | Reporting Period: | June 1, 2011 – June 30, 2011 |

Alliance PJWE Limited Partnership is a disregarded entity for tax purposes and therefore has been included with any applicable return or extension filed by PJ Finance Company, LLC.

_____
Scott Seegmiller
Chief Financial Officer

Dated: July 31, 2011

In re : Alliance PJWE GP, LLC  Case No. 11-10697 (BLS)
(Jointly Administered)  Reporting Period: June 1, 2011 - June 30, 2011

**DEBTOR QUESTIONNAIRE**

| Must be completed each month | Yes | No |
| --- | --- | --- |
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |