UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: PJ Finance Company, LLC  
(Jointly Administered)

Case No. 11-10688 (BLS)  
Reporting Period: July 1, 2011 - July 31, 2011

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 30 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | | X | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | X | |
| Statement of Operations | MOR-2 | | X | |
| Balance Sheet | MOR-3 | | X | |
| Status of Post-petition Taxes | MOR-4 | | X | |
| Copies of IRS Form 6123 or payment receipt | | | X | |
| Copies of tax returns filed during reporting period | | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X | |
| Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  _____
Signature of Debtor                Date

_____  _____
Signature of Joint Debtor          Date

_[signature]_____  August 31, 2011
Signature of Authorized Individual*  Date

Scott Seegmiller                   Chief Financial Officer
Printed Name of Authorized Individual  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: PJ Finance Company, LLC  Case No. 11-10688 (BLS)
(Jointly Administered)  Reporting Period: July 1, 2011 - July 31, 2011

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

|  | BANK ACCOUNT | CURRENT MONTH | CUMULATIVE FILING TO DATE |
|---|---|---|---|
|  | MB Financial | ACTUAL | ACTUAL |
| **CASH BEGINNING OF MONTH** | $ 65 | $ 65 | $ 65 |
| **RECEIPTS** | | | |
| Cash Sales | $ - | $ - | $ - |
| Accounts Receivable | - | - | - |
| Loans And Advances | - | - | - |
| Sale Of Assets | - | - | - |
| Other | - | - | - |
| Transfers From Dip Accts | - | - | - |
| Set Up Of Adequate Assurance | - | - | - |
| **Total Receipts** | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | |
| Net Payroll | $ - | $ - | $ - |
| Payroll Taxes (Included Above) | - | - | - |
| Sales, Use & Other Taxes | - | - | - |
| Insurance | - | - | - |
| Administrative (bank chgs) | - | - | - |
| Selling (Management Fee) | - | - | - |
| Capital Expenditures | - | - | - |
| Utility Deposits | - | - | - |
| Other | - | - | - |
| Professional Fees | - | - | - |
| U.S. Trustee Quarterly Fees | - | - | - |
| Court Costs | - | - | - |
| Total Disbursements | $ - | $ - | $ - |
|  | | | |
| Net Cash Flow | $ - | $ - | $ - |
| (Receipts Less Disbursements) | | | |
|  | | | |
| **Cash - End Of Month** | $ 65 | $ 65 | $ 65 |

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ - |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re : PJ Finance Company, LLC  Case No. 11-10688 (BLS)
(Jointly Administered)  Reporting Period: July 1, 2011 - July 31, 2011

**BANK RECONCILIATIONS**

|  | MB Financial Bank |
|---|---|
| Balance per Bank | $ 65 |
| Deposits in Transit | - |
| Outstanding Checks and Charges | - |
| Other (List) | - |
| Balance per Books | $ 65 |

# mb financial bank

MDG2005 0005639  1 AV  0340 09231S
PJ FINANCE COMPANY LLC
1200 N ASHLAND AVE STE 600
CHICAGO IL 60622-8311

005639



Have up to 3 years of statements available at your fingertips with **e-statements**.
Enroll at **www.ibankmb.com**

Page Number 1 of 1

**Statement Period: 07/01/11 - 07/31/11**

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | xxxxxx6910 | 65.48 |

| | |
|---|---|
| Beginning Balance: | 65.48 |
| Deposits: | 0.00 |
| ACH Credits: | 0.00 |
| Wire Credits: | 0.00 |
| Sweep/Internal Transfer Credits: | 0.00 |
| Miscellaneous Credits: | 0.00 |
| Checks: | 0.00 |
| ACH Debits: | 0.00 |
| Wire Debits: | 0.00 |
| Sweep/Internal Transfer Debits: | 0.00 |
| Miscellaneous Debits: | 0.00 |
| Ending Balance: | 65.48 |



Member FDIC    Please direct inquiries to your banker or contact the Telephone Banking Center at 1.888.i bank mb (1.888.422.6562).
www.mbfinancial.com    Equal Housing Lender 

YNNN    10982  P

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re   PJ Finance Company, LLC         Case No.        11-10688 (BLS)
                                        Reporting       July 1, 2011 –
                                        Period:         July 31, 2011


PJ Finance Company, LLC has no operations and, accordingly, PJ Finance Company, LLC has no Schedule of Professional Fees Paid, Cash Disbursement Journals, Statement of Operations, Balance Sheet, Summary of Unpaid Post-petition Debts, or Listing of Aged Accounts Payable.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re  PJ Finance Company, LLC | Case No. | 11-10688 (BLS) |
| | Reporting Period: | July 1, 2011 – July 31, 2011 |

I hereby certify that (1) all state and federal postpetition taxes and estimates due and owing for the period of July 1, 2011 through July 31, 2011 for PJ Finance Company, LLC have been paid, (2) all state and federal tax returns for the period of July 1, 2011 through July 31, 2011 have been duly completed and submitted on behalf of PJ Finance Company, LLC or (3) to the extent that any payments have not been made or tax returns have not been submitted an extension has been obtained from the appropriate state or federal agency.

_____  Dated: August 31, 2011
Scott Seegmiller
Chief Financial Officer

In re : PJ Finance Company, LLC  Case No. 11-10688 (BLS)
(Jointly Administered)  Reporting Period: July 1, 2011 - July 31, 2011

**DEBTOR QUESTIONNAIRE**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |