**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: PJ Holding Company Manager, LLC

(Jointly Administered)

Case No. 11-10692 (BLS)

Reporting Period: July 1, 2011 - July 31, 2011

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 30 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | X | |
| Schedule of Professional Fees Paid | MOR-1b | | X | |
| Copies of bank statements | | | X | |
| Cash disbursements journals | | | X | |
| Statement of Operations | MOR-2 | | X | |
| Balance Sheet | MOR-3 | | X | |
| Status of Post-petition Taxes | MOR-4 | | X | |
| Copies of IRS Form 6123 or payment receipt | | | X | |
| Copies of tax returns filed during reporting period | | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X | |
| Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

August 31, 2011
Date

Scott Seegmiller
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re    PJ Holding Company Manager, LLC          Case No.          11-10692 (BLS)
                                                  Reporting         July 1, 2011 –
                                                  Period:           July 31, 2011

PJ Holding Company Manager, LLC has no operations and, accordingly, PJ Holding Company
Manager, LLC has no Schedule of Cash Receipts and Disbursements, Bank Reconciliation,
Schedule of Professional Fees Paid, Copies of Bank Statements, Cash Disbursement Journals,
Statement of Operations, Balance Sheet, Summary of Unpaid Post-petition Debts, or Listing of
Aged Accounts Payable.

In re   PJ Holding Company Manager, LLC          Case No.          11-10692 (BLS)
                                                 Reporting         July 1, 2011 –
                                                 Period:           July 31, 2011


Alliance PJWE Limited Partnership is a disregarded entity for tax purposes and therefore has been included with any applicable return or extension filed by PJ Finance Company, LLC.


_____                    Dated: August 31, 2011

Scott Seegmiller
Chief Financial Officer

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | x |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | x |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | x | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | x | |
| 5.  Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |