UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Alliance PJRT GP, Inc.  
(Jointly Administered)

Case No. 11-10695 (BLS)  
Reporting Period: July 1, 2011 - July 31, 2011

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 30 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | X | |
| Schedule of Professional Fees Paid | MOR-1b | | X | |
| Copies of bank statements | | | X | |
| Cash disbursements journals | | | X | |
| Statement of Operations | MOR-2 | | X | |
| Balance Sheet | MOR-3 | | X | |
| Status of Post-petition Taxes | MOR-4 | | X | |
| Copies of IRS Form 6123 or payment receipt | | | X | |
| Copies of tax returns filed during reporting period | | | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X | |
| Listing of aged accounts payable | MOR-4 | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____  
Signature of Debtor                                           Date

_____          _____  
Signature of Joint Debtor                                   Date

*[signature]*                                                      August 31, 2011  
_____          _____  
Signature of Authorized Individual*                 Date

Scott Seegmiller                                              Chief Financial Officer  
Printed Name of Authorized Individual          Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re Alliance PJRT GP, Inc. | | Case No. | 11-10695 (BLS) |
| | | Reporting Period: | July 1, 2011 – July 31, 2011 |

Alliance PJRT GP, Inc. has no operations and, accordingly, Alliance PJRT GP, Inc. has no Schedule of Cash Receipts and Disbursements, Bank Reconciliation, Schedule of Professional Fees Paid, Copies of Bank Statements, Cash Disbursement Journals, Statement of Operations, Balance Sheet, Summary of Unpaid Post-petition Debts, or Listing of Aged Accounts Payable.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re Alliance PJRT GP, Inc. | Case No. | 11-10695 (BLS) | |
| | Reporting Period: | July 1, 2011 – July 31, 2011 | |

I hereby certify that (1) all state and federal postpetition taxes and estimates due and owing for the period of July 1, 2011 through July 31, 2011 for Alliance PJRT GP, Inc. have been paid, (2) all state and federal tax returns for the period of July 1, 2011 through July 31, 2011 have been duly completed and submitted on behalf of Alliance PJRT GP, Inc. or (3) to the extent that any payments have not been made or tax returns have not been submitted an extension has been obtained from the appropriate state or federal agency.

_____  Dated: August 31, 2011
Scott Seegmiller
Chief Financial Officer

In re : Alliance PJRT GP, Inc.  Case No. 11-10695 (BLS)
(Jointly Administered)  Reporting Period: July 1, 2011 - July 31, 2011

**DEBTOR QUESTIONNAIRE**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | x |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | x |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | x | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | x | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | x |