# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
In re:                                        : Chapter 11
                                              :
PJ Finance Company, LLC, *et al.*,[1]         : Case No. 11-10688 (BLS)
                                              :
        Debtors.                      : (Jointly Administered)
                                              :
---------------------------------------------------------------x  **Related Docket Nos. 344, 346, 376 & 404**

## NOTICE OF RESCHEDULED HEARING FROM OCTOBER 3, 2011 AT 11:00 A.M. (EDT) TO OCTOBER 4, 2011 AT 1:30 P.M. (EDT)

**PLEASE TAKE NOTICE** that at the request of the Court, the omnibus hearing previously scheduled on October 3, 2011 at 11:00 A.M. (EDT) has been rescheduled to October 4, 2011 at 1:30 P.M. (EDT).

Dated: September 12, 2011
      Wilmington, Delaware

Respectfully Submitted,

DLA Piper LLP (US)

/s/ Stuart M. Brown
Stuart M. Brown (DE Bar No. 4050)
Michelle E. Marino (DE Bar No. 4577)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.468.5700
Facsimile: 302.394.2341
Email: stuart.brown@dlapiper.com
       michelle.marino@dlapiper.com

-and-

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

Richard A. Chesley (IL Bar No. 6240877)
Kimberly D. Newmarch (DE Bar No. 4340)
203 N. LaSalle Street, Suite 1900
Chicago, IL  60601
Telephone: 312.368.4000
Facsimile: 312.236.7516
Email:  richard.chesley@dlapiper.com
            kim.newmarch@dlapiper.com

*Attorneys for the Debtors and Debtors-In Possession*