# Exhibit B

# Properties List

# EXHIBIT

# PROPERTIES LIST

| No. | Property Name | City | State |
|---|---|---|---|
| 1 | Stillwater | Glendale | AZ |
| 2 | Summer's Point | Glendale | AZ |
| 3 | Off Broadway | Mesa | AZ |
| 4 | Canyon Creek Village | Phoenix | AZ |
| 5 | Park Ridge | Phoenix | AZ |
| 6 | The Equestrian | Scottsdale | AZ |
| 7 | Park Place at Turtle Run | Coral Springs | FL |
| 8 | Woodland Meadows | Tamarac | FL |
| 9 | Crane's Landing | Orlando | FL |
| 10 | Park Pointe North | Chamblee | GA |
| 11 | Bellevue Heights | Nashville | TN |
| 12 | Shadowbluff | Nashville | TN |
| 13 | Bent Creek | McKinney | TX |
| 14 | Heritage Place | McKinney | TX |
| 15 | Hunter's Glen | Plano | TX |
| 16 | Woods at Lakeshore | Carrollton | TX |
| 17 | Cedar Glen | Dallas | TX |
| 18 | The Corners | DeSoto | TX |
| 19 | Wooded Creek | DeSoto | TX |
| 20 | Surrey Oaks | Irving | TX |
| 21 | Churchill Crossing | Mesquite | TX |
| 22 | Stone Ridge | Mesquite | TX |
| 23 | Windsor Court | Lewisville | TX |
| 24 | Meadowchase | Houston | TX |
| 25 | Wallingford | Houston | TX |
| 26 | Waterford | Corpus Christi | TX |
| 27 | Creekside | Ft. Worth | TX |
| 28 | Eagle's Point | Ft. Worth | TX |
| 29 | Lofts on Hulen | Ft. Worth | TX |
| 30 | The Savoy | Ft. Worth | TX |
| 31 | Enclave at Cityview | Ft. Worth | TX |
| 32 | Fairway on the Park | Haltom City | TX |