# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :  Chapter 11
In re:                                                   :
                                                         :  Case No. 11-10688 (BLS)
PJ Finance Company, LLC, *et al.*,[1]                    :
                                                         :  (Jointly Administered)
            Debtors.                                     :
                                                         :
---------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON SEPTEMBER 21, 2011 AT 10:30 A.M. (EDT)

## CONTINUED MATTERS

1.  Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. Sections 105(A) and 363(B) and Federal Rule of Bankruptcy Procedure 6004 Authorizing Debtors' Entry into a Financing Arrangement and Performance Thereunder in Connection with Their Plan of Reorganization [Docket No. 8; Filed 3/7/11].

    **Response/Objection Deadline:** April 1, 2011 at 4:00 p.m. (EDT); Extended for the Torchlight Loan Services LLC and the Official Committee of Unsecured Creditors through and including September 14, 2011 at 4:00 p.m. (EDT).

    **Related Documents:**

    **Responses Received:**

    A.  Limited Objection of the Official Committee of Unsecured Creditors to Motion of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. Sections 105(A) and 363(B) and Federal Rule of Bankruptcy Procedure 6004 Authorizing Debtors' Entry into a Financing Arrangement and Performance Thereunder in Connection with Their Plan of Reorganization [Docket No. 85; Filed 4/1/11].

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

B. Objection of Torchlight Loan Services, LLC to Motion of Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. Sections 105(A) and 363(B) and Federal Rule of Bankruptcy Procedure 6004 Authorizing Debtors' Entry into a Financing Arrangement and Performance Thereunder in Connection with Their Plan of Reorganization [Docket No. 211; Filed 5/24/11].

**Status:** This matter is continued to the next omnibus hearing scheduled for October 4, 2011 at 1:30 p.m. EDT

## CONTESTED MATTERS GOING FORWARD

2. Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 5; Filed 3/7/11].

   **Response/Objection Deadline:** April 1, 2011 at 4:00 p.m. (EDT); Extended for the Torchlight Loan Services LLC and the Official Committee of Unsecured Creditors through and including September 14, 2011 at 4:00 p.m. (EDT).

   **Related Documents:**

   A. Order (Interim) (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 21; Filed 3/8/11].

   B. Exhibit to Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B) Supplemental Budget [Docket No. 34; Filed 3/15/11].

   C. Second Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 48; Filed 3/17/11].

   D. Exhibit to the Initial Operating Report, Attachment 1 – 13 Week Budget [Docket No. 81; Filed 3/29/11].

   E. Third Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 100; Filed 4/6/11].

F.  Fourth Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 230; Filed 6/2/11].

G.  Fifth Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 333; Filed 7/20/11].

H.  Order Approving Stipulation of Debtors, Official Committee of Unsecured Creditors and Torchlight Loan Services, LLC Regarding Fifth Interim Cash Collateral Order [Docket No 410; Filed 9/6/11].

**Responses Received:**

A.  Objection of Torchlight Loan Services, LLC to Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 40; Filed 3/16/11].

B.  Supplemental Objection of Torchlight Loan Services, LLC to Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 212; Filed 5/24/11].

C.  Supplemental Objection of Torchlight Loan Services, LLC to Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 431; Filed 9/14/11].

D.  Omnibus Reply of Debtors and Debtors in Possession to (A) Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan and (B) Objections of Torchlight Loan Services, LLC for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 443; Filed 9/19/11].

**Status:** The Debtors and the Committee request that the Court hold a status conference with respect to this matter. Torchlight Loan Services LLC requests that this matter go forward on a contested basis.

3.  Amended Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 146; Filed 4/29/11].

    **Response/Objection Deadline:** May 12, 2011 at 4:00 p.m. (EDT); Extended for the Debtors and the Official Committee of Unsecured Creditors through and including September 14, 2011 at 4:00 p.m. (EDT).

    **Related Documents:**

    **Responses Received:**

    A.  Objection of Excel Carpet Care and Resurfacing to Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 168; Filed 5/9/11].

    B.  Objection of the Official Committee of Unsecured Creditors to the Amended Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 209; Filed 5/24/11].

    C.  Objection of Debtors and Debtors in Possession to Amended Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 210; Filed 5/24/11].

    **Status:** This matter is to be withdrawn without prejudice upon entry of the Final Cash Collateral Order by consent or adjourned to a date to be determined. New deadlines for objections and responses to this matter will be established if the hearing is adjourned based on the dates set by the Court.

4.  Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 429; Filed 9/14/11].

    **Response/Objection Deadline:** September 20, 2011 at 12:00 p.m. (EDT).

    **Related Documents:**

    A.  Motion to Shorten and Limit Notice Regarding Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 430; Filed 9/14/11].

B.  Order on Motion to Shorten and Limit Notice [Docket No. 436; Filed 9/16/11].

C.  Disclosure Statement for Joint Plan of the Debtors and the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code [Docket No. 448; Filed 9/19/11]

D.  Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code [Docket No. 447; Filed 9/19/11]

E.  Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement between the Debtors and GlassRatner Advisory & Capital Group, LLC [Docket 444; Filed 9/19/11].

F.  Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods and Set Expedited Hearing for the Motion of the Debtors and Debtors-In-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement Between the Debtors and GlassRatner Advisory & Capital Group, LLC [Docket 445; Filed 9/19/11].

**Responses Received:**

A.  Omnibus Reply of Debtors and Debtors in Possession to (A) Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan and (B) Objections of Torchlight Loan Services, LLC for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 443; Filed 9/19/11].

**Status:** The Debtors and the Committee request that the Court hold a status conference with respect to this matter. Torchlight Loan Services LLC requests that this matter go forward on a contested basis.

5.  Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery [Docket No. 441; Filed 9/19/11].

    **Response/Objection Deadline (Proposed):** September 20, 2011 at 4:00 p.m. (EDT).

    **Related Documents:**

    A.  Notice of Service of Discovery [Docket No. 440; Filed 9/19/11].

    B.  Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery [Docket No. 442; Filed 9/19/11].

**Responses Received:**

**Status:** This matter will go forward at the discretion of the Court.

## INTERIM FEE APPLICATIONS

6.  Notice of First Interim Fee Hearing [Docket No. 384; Filed 8/19/11].

    **Status:** The hearing regarding the interim fee application requests listed on <u>Exhibit A</u> attached hereto is going forward. The Debtors and Debtors In Possession intend to present a form of omnibus order with respect to this matter to the Court for entry at the hearing.

| | |
|---|---|
| Dated: September 19, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>DLA Piper LLP (US)<br><br>/s/ Stuart M. Brown<br>Stuart M. Brown (DE Bar No. 4050)<br>Michelle E. Marino (DE Bar No. 4577)<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:   302.468.5700<br>Facsimile:    302.394.2341<br>Email:          stuart.brown@dlapiper.com<br>                     michelle.marino@dlapiper.com<br><br>-and-<br><br>Richard A. Chesley (IL Bar No. 6240877)<br>Kimberly D. Newmarch (DE Bar No. 4340)<br>203 N. LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Telephone:   312.368.4000<br>Facsimile:    312.236.7516<br>Email:          richard.chesley@dlapiper.com<br>                     kim.newmarch@dlapiper.com<br><br>*Attorneys for the Debtors and Debtors-In-Possession* |