IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                : Chapter 11
                                      :
PJ Finance Company, LLC, *et al.*,    : Case No. 11-10688 (BLS)
                                      :
                         Debtors.1    : Jointly Administered
                                      :
                                      :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE   :
                    : SS.
NEW CASTLE COUNTY   :

      Barbara J. Witters, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 14th day of September, 2011, she caused a copy of the following to be served as indicated on the attached list:

*Supplemental Objection of Torchlight Loan Services, LLC to Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 431]*

---

1 The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60602.

RLF1 5344770v. 1

_____
Barbara J. Witters
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 15th day of September, 2011.

_____
Notary Public

*[Notary seal: LESLEY A. MORRIS, MY COMMISSION EXPIRES MARCH 22, 2013, NOTARY PUBLIC, STATE OF DELAWARE]*

# PJ Finance Company, LLC Service List

## Via Hand Delivery (Local) and First Class Mail (Non-Local)

Office of the United States Trustee
Attn: Jane Leamy
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19801

Richard A. Chesley
Kimberly D. Newmarch
DLA Piper LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Stewart M. Brown
Michelle E. Marino
DLA Piper LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

William E. Chipman, Jr.
Landis Rath & Cobb LLC
919 North Market Street, Suite 1800
Wilmington, DE 19801

Mark T. Power
Christopher A. Jarvinen
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

RLF1 5344770v. 1