# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                              : Chapter 11
                                    :
PJ Finance Company, LLC, *et al.*,  : Case No. 11-10688 (BLS)
                                    :
            Debtors.[1]             : Jointly Administered
                                    :
                                    : Re: Docket Nos. 429 - 431
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

Robyn K. Sinclair, being duly sworn according to law, deposes and says that she is employed as a Paralegal for the law firm of Richards, Layton & Finger, P.A., and that on the 15th day of September, 2011, she caused a copy of the following to be served in the manner indicated on the attached service list:

- **Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 429]**

- **Motion to Shorten and Limit Notice Regarding Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 430]**

- **Supplemental Objection of Torchlight Loan Services, LLC to Motion of Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363, and (III) Scheduling A Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 431]**

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60602.

*[signature]*

Robyn K. Sinclair, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 20th day of September, 2011

*[signature]*
Notary Public

*[Notary seal: JANEL R. GATES, MY COMMISSION EXPIRES JAN. 25, 2013, NOTARY PUBLIC, DELAWARE]*

# Service List

## Via Hand Delivery (Local) and Overnight Mail (Non-Local)

Securities & Exchange Commission
100 F St NE,
Washington, DC  20549

US Attorneys Office
Ellen Slights
1007 Orange St Ste 700, PO Box 2046
Wilmington, DE  19899-2046

Richmond & Associates Landscaping Ltd
Attn James Richmond
11359 Kline Drive,
Dallas, TX  75229

Genie Services Inc
Attn Nicholas Eancheff
2010 W Parkside Ln No 140,
Phoenix, AZ  85027-1212

ING Clarion Partners, LLC
Bruce Morrison
230 Park Avenue, 12th Floor
New York, NY  10169

ING Clarion Partners, LLC
Sophia R. Gushee
230 Park Avenue, 12th Floor
New York, NY  10169

| | |
|---|---|
| Torchlight Investors<br>Attn Steven Altman<br>230 Park Avenue, 12th Floor<br>New York, NY 10169 | Securities & Exchange Commission<br>Mark Schonfield Regional Dir<br>3 World Financial Center Room 4300,<br>New York, NY 10281 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz Rm 1150,<br>Baltimore, MD 21201 | Quantum Asset Development Inc<br>Attn Michael Comar<br>4225 Lake Forest Drive,<br>Kalamazoo, MI 49008 |
| Alliance Tax Advisors LLC<br>Attn Tony Comparin<br>433 E Las Colinas Blvd Ste No 980,<br>Irving, TX 75039 | Matthew L. Hinker<br>Greenberg Traurig, LLP<br>The Nemours Building<br>1007 Orange Street, Suite 1200<br>Wilmington, DE 19801 |
| Wachovia<br>Attn Credit Suisse First Boston Mortgage Securities<br>Corp., Commercial Mortgage Pass-Through<br>Certificates, Series 2007-C2<br>8739 Research Drive URP4,<br>Charlotte, NC 28262 | Office of the US Attorney General<br>Joseph R. Biden III<br>Carvel State Office Building, 820 N French St<br>Wilmington, DE 19801 |

Delaware Dept of Justice
Attn Bankruptcy Dept Div of Securities
Carvel State Office Building, 820 N French St 5th Fl
Wilmington, DE 19801

Internal Revenue Service
PO Box 21126,
Philadelphia, PA 19114-0326

Delaware Secretary of the State
Division of Corporations Franchise Tax
PO Box 7040,
Dover, DE 19903

Delaware Secretary of the Treasury
PO Box 7040,
Dover, DE 19903

Delaware Secretary of the State
Division of Corporations Franchise Tax
PO Box 898,
Dover, DE 19903

Delaware Secretary of the Treasury
PO Box 898,
Dover, DE 19903

Securities & Exchange Commission
Daniel M Hawke Regional Dir
The Mellon Independence Ctr, 701 Market St
Philadelphia, PA 19106-1532

Bank of America, N.A.
Attn Trustee for the Registered Holders of Credit
Suisse First Boston Mortgage Securities Corp.,
Commercial Mortgage Pass-Through Certificates,
Series 2007-C2
540 W Madison St,
Chicago, IL 60661

Nancy A. Mitchell
Greenberg Traurig, LLP
MetLife Building
200 Park Avenue
New York, NY 10166

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St Ste 1600,
Dallas, TX 75201

Comptroller of Public Accounts of the State of Texas
William A Frazell
Bankruptcy & Collections Division, PO Box 12548
Austin, TX 78711-2548

Lewisville Independent School District
c/o Andrea Sheehan, Esq.
Law Office of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, Texas 75205

Texmanian Contractors Inc dba Red Carpet Cleaning
Attn Alberto Carrizal
PO Box 892,
Colleyville, TX 76034

Hahn & Hessen LLP
Christopher A Jarvinen & Mark T Power
488 Madison Ave 15th Fl,
New York, NY 10022

Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Divison
P.O. Box 20207
Nashville, TN 37202

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064,
Houston, TX 77253-3064

Records Taxes & Treasury Division Bankruptcy and
Litigation Section
Andrew J Meyers
Government Center Annex, 115 S Andrews Ave
Fort Lauderdale, FL 33301

Cross & Simon
Joseph Grey & David G Holmes
913 N Market St 11th Fl, PO Box 1380
Wilmington, DE 19899-1380

Weycer, Kaplan, Pulaski & Zuber P.C.
Jeff Carruth
3030 Matlock Rd., Suite 201,
Arlington, TX 76015

Christopher B. Mosley, Senior Assistant City Attorney
1000 Throckmorton Street,
Fort Worth, TX 76102

Richard A. Chesley
Kimberly D. Newmarch
DLA Piper LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

David B. McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074