## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
PJ Finance Company, LLC, et al.,[1] : Case No. 11-10688 (BLS)
: (Jointly Administered)
Debtors. :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On September 19, 2011, at my direction and under my supervision, employees of KCC caused the following documents to be served via Overnight Mail on the service list attached hereto as **Exhibit A**:

- **Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery** [Docket No. 441]

- **Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery** [Docket No. 442]

- **Omnibus Reply of Debtors and Debtors in Possession to (A) Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan and (B) Objections of Torchlight Loan Services, LLC for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)** [Docket No. 443]

- **Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods and Set Expedited Hearing for the Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement Between the Debtors and GlassRatner Advisory & Capital Group, LLC** [Docket No. 444]

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789), and Alliance PJWE Limited Partnership (8198)

- Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement Between the Debtors and **GlassRatner Advisory & Capital Group, LLC** [Docket No. 445]

Furthermore, on September 19, 2011, at my direction and under my supervision, employees of KCC caused the following document to be served via Facsimile on the service list attached hereto as **Exhibit B** and via Overnight Mail on the service list attached hereto as **Exhibit C**:

- Notice of Agenda of Matters Scheduled for Hearing on September 21, 2011 at 10:30 a.m. (EDT) [Docket No. 449]

Dated: September 21, 2011

*Melissa Loomis*
Melissa Loomis

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of September, 2011, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# Exhibit A

| PARTY DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Top 20 - Member of Official Committee of Unsecured Creditors | Alliance Tax Advisors LLC | Attn Tony Comparin | 433 E Las Colinas Blvd Ste No 980 | | Irving | TX | 75039 |
| Counsel to Torchlight Loan Services, LLC fka ING Clarion Partners, as Special Servicer for Bank of America, N.A., as Successor Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2 | Andrews Kurth LLP | Monica S Blacker | 1717 Main St Ste 3700 | | Dallas | TX | 75201 |
| Trustee on Secured Loan | Bank of America, N.A. | Attn Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2 | 540 W Madison St | | Chicago | IL | 60661 |
| Counsel to the City of Fort Worth | City of Fort Worth | Christopher B Mosley | Senior Assistnat City Attorney | 1000 Throckmorton St | Fort Worth | TX | 76102 |
| The Comptroller of Public Accounts of the State of Texas | Comptroller of Public Accounts of the State of Texas | William A Frazell | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 |
| Counsel to City of Coral Springs, Florida | Cross & Simon | Joseph Grey & David G Holmes | 913 N Market St 11th Fl | PO Box 1380 | Wilmington | DE | 19899-1380 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept Div of Securities | Carvel State Office Building | 820 N French St 5th Fl | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 7040 | | Dover | DE | 19903 |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | PO Box 7040 | | Dover | DE | 19903 |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | PO Box 898 | | Dover | DE | 19903 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Genie Services Inc | Attn Nicholas Eancheff | 2010 W Parkside Ln No 140 | | Phoenix | AZ | 85027-1212 |
| Counsel to Equibase Capital Group LLC | Greenberg Traurig, LLP | Matthew L Hinker | The Nemours Building | 1007 N Orange St Ste 1200 | Wilmington | DE | 19801 |
| Counsel to Equibase Capital Group LLC | Greenberg Traurig, LLP | Nancy A Mitchell | Metlife Building | 200 Park Ave | New York | NY | 10166 |
| Counsel to the Official Committee of Unsecured Creditors | Hahn & Hessen LLP | Christopher A Jarvinen & Mark T Power | 488 Madison Ave 15th Fl | | New York | NY | 10022 |
| Special Servicer | ING Clarion Partners, LLC | Bruce Morrison | 230 Park Avenue | 12th Floor | New York | NY | 10169 |
| Special Servicer | ING Clarion Partners, LLC | Sophia R. Gushee | 230 Park Avenue | 12th Floor | New York | NY | 10169 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104 |
| IRS | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | | PO Box 7646 | | Philadelphia | PA | 19114-0326 |
| Counsel to the Official Committee of Unsecured Creditors | Landis Rath & Cobb LLP | William E Chipman Jr | 919 Market St Ste 1800 | | Wilmington | DE | 19801 |
| Counsel for Lewisville Independent School District | Lewisville Independent School District | Law Offices of Robert E Luna PC | c/o Andrea Sheehan Esq | 4411 N Central Expressway | Dallas | TX | 75205 |
| Counsel to Dallas County, City of Desoto, Desoto ISD, Tarrant County, Irving ISD & Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 |
| Counsel to Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Counsel to Dekalb County, Georgia | Mark A Thompson Senior Assistant County Attorney | Dekalb County Law Department | 1300 Commerce Dr 5th Fl | | Decatur | GA | 30030 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Natures Paintbrush | Attn Michael Gossett | 3153 Spur Trail | | Dallas | TX | 75234 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Jane Leamy | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Member of Official Committee of Unsecured Creditors | One Call Sourcing International LLC dba Aimsco/MRO | Attn Tim Grout | 2399 Midway Rd | | Carrollton | TX | 75006 |
| Counsel for Alief Independent School District | Perdue Brandon Fielder Collins & Mott LLP | 1235 North Loop West Ste 600 | | | Houston | TX | 77008 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Quantum Asset Development Inc | Attn Michael Comar | 4225 Lake Forest Drive | | Kalamazoo | MI | 49008 |

In re: PJ Finance Company, LLC, et al.
Case No. 11-10688 (BLS)

Page 1 of 2

| PARTY DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel to Broward County | Records Taxes & Treasury Division Bankruptcy and Litigation Section | Andrew J Meyers | Government Center Annex | 115 S Andrews Ave | Fort Lauderdale | FL | 33301 |
| Counsel to Torchlight Loan Services, LLC fka ING Clarion Partners, as Special Servicer for Bank of America, N.A., as Successor Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2 | Richards Layton & Finger PA | Paul N Heath & Chun I Jang & Robert C Maddox | 920 N King St | | Wilmington | DE | 19801 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Richmond & Associates Landscaping Ltd | Attn James Richmond | 11359 Kline Drive | | Dallas | TX | 75229 |
| Securities & Exchange Commission | Securities & Exchange Commission | Attn George S Canellos Regional Director | New York Regional Office | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 |
| SEC Regional Office | Securities & Exchange Commission | Mark Schonfield Regional Dir | 3 World Financial Center Room 4300 | | New York | NY | 10281 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Tennessee Attorney General | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | | Nashville | TN | 37202-0207 |
| Member of Official Committee of Unsecured Creditors | Texmanian Contractors Inc dba Red Carpet Cleaning | Attn Alberto Carrizal | PO Box 892 | | Colleyville | TX | 76034 |
| Special Servicer | Torchlight Investors | Attn Steven Altman | 230 Park Avenue | 12th Floor | New York | NY | 10169 |
| US Attorneys Office | US Attorneys Office | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Master Servicer | Wachovia | Attn Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2 | 8739 Research Drive URP4 | | Charlotte | NC | 28262 |
| Counsel to C&M Remodeling Painting | Weycer Kaplan Pulaski & Zuber PC | Jeff Carruth | 3030 Matlock Rd Ste 201 | | Arlington | TX | 76015 |

In re: PJ Finance Company, LLC, et al.
Case No. 11-10688 (BLS)

Page 2 of 2

# **Exhibit B**

Exhibit B
Core/2002 List
Served via Facsimile

| PARTY DESCRIPTION | COMPANY | CONTACT | FAX |
|---|---|---|---|
| Top 20 - Member of Official Committee of Unsecured Creditors | Alliance Tax Advisors LLC | Attn Tony Comparin | 214-496-9801 |
| Counsel to Torchlight Loan Services, LLC fka ING Clarion Partners, as Special Servicer for Bank of America, N.A., as Successor Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2 | Andrews Kurth LLP | Monica S Blacker | 214-659-4401 |
| Counsel to the City of Fort Worth | City of Fort Worth | Christopher B Mosley | 817-392-8389 |
| The Comptroller of Public Accounts of the State of Texas | Comptroller of Public Accounts of the State of Texas | William A Frazell | 512-482-8341 |
| Counsel to City of Coral Springs, Florida | Cross & Simon | Joseph Grey & David G Holmes | 302-777-4224 |
| US DOJ | Delaware Dept of Justice | Attn Bankruptcy Dept Div of Securities | 302-577-5866 |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | 302-739-5635 |
| DE Secretary of Treasury | Delaware Secretary of the Treasury | | 302-739-5635 |
| Interested Party | Excel Carpet Care and Resurfacing | John Kaminski | 361-852-2755 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Genie Services Inc | Attn Nicholas Eancheff | 623-582-6116 |
| Counsel to Equibase Capital Group LLC | Greenberg Traurig, LLP | Matthew L Hinker | 302-661-7360 |
| Counsel to Equibase Capital Group LLC | Greenberg Traurig, LLP | Nancy A Mitchell | 317-663-2088 |
| Counsel to the Official Committee of Unsecured Creditors | Hahn & Hessen LLP | Christopher A Jarvinen & Mark T Power | 212-478-7400 |
| Special Servicer | ING Clarion Partners, LLC | Bruce Morrison | 212-883-2817 |
| Special Servicer | ING Clarion Partners, LLC | Sophia R. Gushee | 212-883-2831 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | 267-941-1015 |
| IRS | Internal Revenue Service | Insolvency Section | 410-962-9955 |
| Counsel to the Official Committee of Unsecured Creditors | Landis Rath & Cobb LLP | William E Chipman Jr | 302-467-4450 |
| Counsel for Lewisville Independent School District | Lewisville Independent School District | Law Offices of Robert E Luna PC | 214-521-1738 |
| Counsel to Dallas County, City of Desoto, Desoto ISD, Tarrant County, Irving ISD & Dallas County | Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 469-221-5002 |
| Counsel to Harris County, Galveston County | Linebarger Goggan Blair & Sampson LLP | John P Dillman | 713-844-3503 |
| Counsel to Dekalb County, Georgia | Mark A Thompson Senior Assistant County Attorney | Dekalb County Law Department | 404-371-3024 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Natures Paintbrush | Attn Michael Gossett | 972-243-4502 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Attn Jane Leamy | 302-573-6497 |
| DE AG Office | Office of the US Attorney General | Joseph R. Biden III | 302-577-6499 |
| Member of Official Committee of Unsecured Creditors | One Call Sourcing International LLC dba Aimsco/MRO | Attn Tim Grout | 972-818-1069 |
| Counsel for Alief Independent School District | Perdue Brandon Fielder Collins & Mott LLP | 1235 North Loop West Ste 600 | 713-862-1429 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Quantum Asset Development Inc | Attn Michael Comar | 317-663-2088 |
| Counsel to Broward County | Records Taxes & Treasury Division Bankruptcy and Litigation Section | Andrew J Meyers | 954-357-7641 |
| Counsel to Torchlight Loan Services, LLC fka ING Clarion Partners, as Special Servicer for Bank of America, N.A., as Successor Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Pass-Through Certificates, Series 2007-C2 | Richards Layton & Finger PA | Paul N Heath & Chun I Jang & Robert C Maddox | 302-651-7701 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Richmond & Associates Landscaping Ltd | Attn James Richmond | 972-488-8999 |
| SEC Regional Office | Securities & Exchange Commission | Daniel M Hawke Regional Dir | 215-597-3194 |
| Tennessee Attorney General | Tennessee Department of Revenue | c/o TN Attorney General's Office, Bankruptcy Division | 615-741-3334 |
| Member of Official Committee of Unsecured Creditors | Texmanian Contractors Inc dba Red Carpet Cleaning | Attn Alberto Carrizal | 817-633-4087 |
| Special Servicer | Torchlight Investors | Attn Steven Altman | 212-883-2998 |
| Master Servicer | Wachovia | Attn Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2 | 704-715-0036 |
| Counsel to C&M Remodeling Painting | Weycer Kaplan Pulaski & Zuber PC | Jeff Carruth | 866-666-5322 |

In re: PJ Finance Company, LLC, et al.
Case No. 11-10688 (BLS)

Page 1 of 1

# Exhibit C

Exhibit C
Core/2002 List
Overnight Mail

| PARTY DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Trustee on Secured Loan | Bank of America, N.A. | Attn Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2007-C2 | 540 W Madison St | | Chicago | IL | 60661 |
| Counsel to the City of Fort Worth | City of Fort Worth | Christopher B Mosley | Senior Assistnat City Attorney | 1000 Throckmorton St | Fort Worth | TX | 76102 |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 7040 | | Dover | DE | 19903 |
| DE Secretary of State | Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Counsel to Equibase Capital Group LLC | Greenberg Traurig, LLP | Nancy A Mitchell | Metlife Building | 200 Park Ave | New York | NY | 10166 |
| IRS | Internal Revenue Service | | PO Box 7646 | | Philadelphia | PA | 19114-0326 |
| Top 20 - Member of Official Committee of Unsecured Creditors | Natures Paintbrush | Attn Michael Gossett | 3153 Spur Trail | | Dallas | TX | 75234 |
| Securities & Exchange Commission | Securities & Exchange Commission | Attn George S Canellos Regional Director | New York Regional Office | 3 World Financial Center Ste 400 | New York | NY | 10281-1022 |
| SEC Regional Office | Securities & Exchange Commission | Mark Schonfield Regional Dir | 3 World Financial Center Room 4300 | | New York | NY | 10281 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| US Attorneys Office | US Attorneys Office | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |

In re: PJ Finance Company, LLC, et al.
Case No. 11-10688 (BLS)

Page 1 of 1