# EXHIBIT A

**Hourly Detail**

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Summary of Services Rendered by Project

March 7, 2011 - March 31, 2011

| Project # | Project Description | Mar-2011 |
|---|---|---:|
| 1 | Interface with Professionals, Official Comittees, and Other Parties-In-Interest | 50.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 14.0 |
| 3 | Preparation and/or Review of Court Filings | 16.0 |
| 4 | Court Testimony/Deposition and Preparation | 26.0 |
| 5 | Valuation Analysis and Capital Structure Review | 13.0 |
| 6 | Preparation of Materials and Documents | 11.0 |
| 7 | Interface with Potential Investors and Financing Sources | 4.0 |
| 8 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 40.0 |
| 9 | Fee Application, Engagement | 2.0 |
| **TOTAL** | | **176.0** |

## Summary of Services Rendered by Professional

| Name and Title | |
|---|---:|
| Glenn Carlin, Senior Managing Director | 38.0 |
| John Perkins, Senior Managing Director | 1.0 |
| Eric Tanjeloff, Managing Director | 48.0 |
| Damian Taylor, Vice President | 81.0 |
| David Gordon, Associate | 8.0 |
| **TOTAL** | **176.0** |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Glenn Carlin - Senior Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 3/7/2011 | Preparation for Court Appearance | 2.0 | 3 |
| 3/8/2011 | Court Appearance in Delaware | 6.0 | 4 |
| 3/9/2011 | Conference Call with DLA Piper | 2.0 | 1 |
| 3/14/2011 | Property Tour | 3.0 | 8 |
| 3/15/2011 | Property Tour | 10.0 | 8 |
| 3/17/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/18/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 3/21/2011 | Internal Valuation Meeting | 2.0 | 2 |
| 3/22/2011 | Conference Call with potential investor | 2.0 | 7 |
| 3/22/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/22/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 3/23/2011 | Conference Call with Fried Frank | 2.0 | 1 |
| 3/24/2011 | Conference Call with Cark Marks | 1.5 | 1 |
| 3/24/2011 | Conference Call with Westcorp | 1.5 | 1 |
| 3/25/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/31/2011 | Conference Call on PJ Finance RE: Retention | 1.0 | 3 |
| **March Hours** | | **38.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

John Perkins - Senior Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---:|---:|
| 3/22/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| **March Hours** | | **1.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Eric Tanjeloff - Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 3/7/2011 | Preparation for Court Appearance | 2.0 | 3 |
| 3/8/2011 | Court Appearance in Delaware | 6.0 | 4 |
| 3/9/2011 | Conference Call with DLA Piper | 2.0 | 1 |
| 3/10/2011 | Internal Conference Call | 1.0 | 8 |
| 3/14/2011 | Property Tour | 3.0 | 8 |
| 3/15/2011 | Property Tour | 10.0 | 8 |
| 3/16/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/17/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/18/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 3/21/2011 | Internal Valuation Meeting | 2.0 | 2 |
| 3/22/2011 | Conference Call with potential investor | 2.0 | 7 |
| 3/22/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/22/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 3/23/2011 | Conference Call with Fried Frank | 2.0 | 1 |
| 3/24/2011 | Conference Call with Cark Marks | 1.5 | 1 |
| 3/24/2011 | Conference Call with Westcorp | 1.5 | 1 |
| 3/25/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 3/28/2011 | Conference Call with UCC/Carl Marks and WestCorp | 1.0 | 1 |
| 3/28/2011 | Correspondence with DLA | 1.0 | 1 |
| 3/29/2011 | Conference Call with DLA Piper | 2.0 | 1 |
| 3/29/2011 | Internal Valuation Meeting | 1.0 | 2 |
| 3/30/2011 | Valuation Discussions | 2.0 | 2 |
| 3/31/2011 | Conference Call with DLA and Fried Frank | 2.0 | 3 |
| **March Hours** | | **48.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Damian Taylor - Vice President

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 3/7/2011 | Review of Initial Court Filings | 2.0 | 3 |
| 3/7/2011 | Projections Review | 2.0 | 2 |
| 3/7/2011 | Review of Valuation Work | 2.0 | 8 |
| 3/14/2011 | Internal Call re: Valuation and Process | 1.0 | 1 |
| 3/16/2011 | Review of Court Documents | 1.0 | 3 |
| 3/17/2011 | Discussions with Counsel | 3.0 | 1 |
| 3/18/2011 | Valuation Analysis | 2.0 | 5 |
| 3/21/2011 | Valuation Analysis | 3.0 | 2 |
| 3/22/2011 | Internal Call re: Underwriting with DEF | 2.0 | 1 |
| 3/22/2011 | Preparation of Court Documents | 2.0 | 4 |
| 3/22/2011 | Discussions with Counsel | 1.0 | 1 |
| 3/22/2011 | Conf. Call with DLA, PJ Finance, and WestCorp | 2.0 | 1 |
| 3/23/2011 | Valuation Analysis - General | 4.0 | 8 |
| 3/23/2011 | Valuation Analysis - Projections | 3.0 | 5 |
| 3/24/2011 | Conf. Call with PJ Finance | 2.0 | 6 |
| 3/24/2011 | Update of Marketing Materials | 3.0 | 6 |
| 3/24/2011 | Market Research and Diligence | 2.0 | 8 |
| 3/24/2011 | Marketing Materials Preparation | 2.0 | 6 |
| 3/25/2011 | Conf. Call with UCC and DLA | 1.0 | 1 |
| 3/25/2011 | Correspondence with WestCorp | 2.0 | 1 |
| 3/27/2011 | Correspondence with WestCorp | 2.0 | 1 |
| 3/28/2011 | Correspondence with UCC/Carl Marks | 2.0 | 1 |
| 3/28/2011 | Valuation Analysis - projections | 5.0 | 8 |
| 3/28/2011 | Preparation of Hearing Documents | 2.0 | 4 |
| 3/28/2011 | Conference Call with UCC/Carl Marks, DLA and WestCorp | 1.0 | 1 |
| 3/28/2011 | Dataroom adjustments | 1.0 | 6 |
| 3/29/2011 | Preparation of Court Documents | 2.0 | 4 |
| 3/29/2011 | Valuation Analysis - Projections | 4.0 | 5 |
| 3/29/2011 | Discussions with Counsel | 2.0 | 1 |
| 3/30/2011 | Valuation Analysis - projections | 4.0 | 5 |
| 3/30/2011 | Valuation Analysis with WestCorp | 2.0 | 2 |
| 3/30/2011 | Court Documents Preparation and Review | 2.0 | 3 |
| 3/31/2011 | Preparation of Fee Application | 2.0 | 9 |
| 3/31/2011 | Conference Call with Counsel and DLA | 1.0 | 1 |
| 3/31/2011 | Court Documents Preparation | 4.0 | 3 |
| 3/31/2011 | Preparation of Marketing Documents | 3.0 | 6 |
| **March Hours** | | **81.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

David Gordon - Associate

| Date | Description of Work | Hours | Code |
|---|---|---:|---:|
| 3/7/2011 | Court Testimony Preparation | 6.0 | 4 |
| 3/8/2011 | Court Testimony Preparation | 2.0 | 4 |
| **March Hours** | | **8.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Summary of Services Rendered by Project

April 1, 2011 - April 30, 2011

| Project # | Project Description | Apr-2011 |
|---|---|---|
| 1 | Interface with Professionals, Official Comittees, and Other Parties-In-Interest | 52.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 13.5 |
| 3 | Preparation and/or Review of Court Filings | 11.0 |
| 4 | Court Testimony/Deposition and Preparation | 1.5 |
| 5 | Valuation Analysis and Capital Structure Review | 52.0 |
| 6 | Preparation of Materials and Documents | 8.0 |
| 7 | Interface with Potential Investors and Financing Sources | 0.0 |
| 8 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 21.5 |
| 9 | Fee Application, Engagement | 8.0 |
| **TOTAL** | | **168.0** |

Summary of Services Rendered by Professional

| Name and Title | |
|---|---|
| Glenn Carlin, Senior Managing Director | 24.5 |
| Eric Tanjeloff, Managing Director | 16.5 |
| Damian Taylor, Vice President | 126.0 |
| Eaton Zhou, Associate | 1.0 |
| **TOTAL** | **168.0** |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Glenn Carlin - Senior Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 4/1/2011 | Internal Conference Call | 0.5 | 3 |
| 4/5/2011 | Meeting with Hahn and Hessen, DLA Piper, Carl Marks & Gaia Counsel | 3.0 | 1 |
| 4/6/2011 | Conference Call - PJ / Gaia Update Call | 1.0 | 1 |
| 4/7/2011 | Conference Call with DLA Piper | 0.5 | 1 |
| 4/8/2011 | Internal Valuation Analysis | 3.0 | 5 |
| 4/12/2011 | Conference Call with PJ Finance | 0.5 | 1 |
| 4/12/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 4/13/2011 | Conference Call with DLA Piper & Carl Marks | 2.0 | 1 |
| 4/13/2011 | Conference Call with PJ Finance & DLA Piper | 1.0 | 1 |
| 4/14/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 4/18/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 4/19/2011 | Conference Call with PJ Finance, DLA Piper & Gaia Counsel | 1.5 | 1 |
| 4/25/2011 | DLA Deposition Preparation | 1.5 | 4 |
| 4/25/2011 | Review of PJ Finance Bidding Procedures | 1.0 | 6 |
| 4/25/2011 | Conference Call with PJ Finance & DLA Piper | 0.5 | 1 |
| 4/27/2011 | Meeting with Carl Marks | 2.0 | 1 |
| 4/27/2011 | Conference Call with Fried Frank & DLA Piper | 1.0 | 1 |
| 4/28/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| 4/30/2011 | Budget Valuation Work | 1.5 | 5 |
| **April Hours** | | **24.5** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Eric Tanjeloff - Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 4/7/2011 | Conference Call with DLA Piper | 0.5 | 1 |
| 4/8/2011 | Internal Valuation Analysis | 3.0 | 5 |
| 4/11/2011 | Internal Discussion on Bid Procedures | 0.5 | 2 |
| 4/12/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 4/13/2011 | Conference Call with DLA Piper & Carl Marks | 2.0 | 1 |
| 4/13/2011 | Conference Call with PJ Finance & DLA Piper | 1.0 | 1 |
| 4/14/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 4/18/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 4/19/2011 | Conference Call with PJ Finance, DLA Piper & Gaia Counsel | 1.5 | 1 |
| 4/19/2011 | Conference Call with PJ Finance | 0.5 | 1 |
| 4/25/2011 | Conference Call with PJ Finance & DLA Piper | 0.5 | 1 |
| 4/27/2011 | Meeting with Carl Marks | 2.0 | 1 |
| 4/27/2011 | Conference Call with Fried Frank & DLA Piper | 1.0 | 1 |
| 4/28/2011 | Conference Call with PJ Finance | 1.0 | 1 |
| **April Hours** | | **16.5** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Damian Taylor - Vice President

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 4/1/2011 | Fee application work and preparation | 1.5 | 9 |
| 4/1/2011 | Conf. Call with Fried Frank | 0.5 | 1 |
| 4/1/2011 | Review of filed court objections | 1.0 | 3 |
| 4/1/2011 | Call with Fried Frank | 0.5 | 1 |
| 4/1/2011 | Work on downside projections and valuation | 3.0 | 5 |
| 4/1/2011 | Conf. Call with DLA | 0.5 | 1 |
| 4/4/2011 | Preparation of court filings | 1.0 | 3 |
| 4/5/2011 | Preparation for retention hearing | 3.0 | 9 |
| 4/6/2011 | Internal CBRE meeting - strategy | 1.0 | 8 |
| 4/6/2011 | Conf. Call with DLA | 1.0 | 1 |
| 4/6/2011 | Call with CBRE DEF team | 1.0 | 8 |
| 4/6/2011 | Call with DLA | 0.5 | 1 |
| 4/6/2011 | Call with Fried Frank | 0.5 | 1 |
| 4/7/2011 | Preparation of marketing materials | 2.0 | 6 |
| 4/7/2011 | Discovery preparation for Lender counsel | 3.0 | 6 |
| 4/7/2011 | Conf. Call with PJ Finance | 1.0 | 1 |
| 4/8/2011 | Internal Valuation meeting | 1.5 | 5 |
| 4/8/2011 | CBRE document preparation | 0.5 | 6 |
| 4/11/2011 | Review of bidding procedures draft | 2.0 | 3 |
| 4/11/2011 | Valuation work - 10yr. DCF | 3.0 | 5 |
| 4/11/2011 | Valuation work and diligence - "as-is" valuation | 5.0 | 5 |
| 4/11/2011 | Conf. Call with Fried Frank | 1.0 | 1 |
| 4/12/2011 | Projections review and revisions | 3.0 | 2 |
| 4/12/2011 | Valuation work | 3.0 | 5 |
| 4/12/2011 | Call with WestCorp | 0.5 | 2 |
| 4/12/2011 | Call with Fried Frank - retention application | 0.5 | 1 |
| 4/12/2011 | Call with Fried Frank - retention application | 0.5 | 1 |
| 4/12/2011 | Conf. Call with DLA | 1.0 | 1 |
| 4/13/2011 | Valuation work | 2.0 | 5 |
| 4/13/2011 | Budget Conf. Call with WestCorp and Carl Marks | 5.0 | 2 |
| 4/13/2011 | Review of budget call and notes | 1.0 | 8 |
| 4/13/2011 | Valuation work | 3.0 | 5 |
| 4/14/2011 | Conf. Call with DLA - document preparation | 1.5 | 1 |
| 4/14/2011 | Conf. Call with DLA - retention | 0.5 | 9 |
| 4/14/2011 | Projections review and revisions Conf. Call w/WestCorp and PJ Finance | 0.5 | 2 |
| 4/14/2011 | Valuation work | 2.5 | 5 |
| 4/15/2011 | Conf. Call with WestCorp - cash collateral | 1.0 | 1 |
| 4/15/2011 | Time reporting and fee application preparation | 0.5 | 9 |
| 4/18/2011 | Travel to/from ATL for property visit and due diligence | 7.0 | 8 |
| 4/18/2011 | Park Pointe North (ATL) property tour | 6.0 | 8 |
| 4/19/2011 | Conf. Call with DLA, PJ Finance and Gaia - financing motion | 2.5 | 1 |
| 4/19/2011 | Preparation of retention document support | 1.5 | 3 |
| 4/19/2011 | Valuation work | 2.5 | 5 |
| 4/19/2011 | Conf. Call with WestCorp and PJ Finance - projections | 1.5 | 2 |
| 4/20/2011 | Valuation work | 5.0 | 5 |
| 4/20/2011 | CBRE internal valuation meeting | 1.5 | 8 |
| 4/21/2011 | Valuation review and due diligence | 2.0 | 8 |
| 4/24/2011 | Valuation work | 4.0 | 5 |
| 4/25/2011 | Mtg. with DLA/Rick Chesley | 3.0 | 1 |
| 4/25/2011 | Valuation work | 2.5 | 5 |
| 4/25/2011 | Conf. Call with Fried Frank | 0.5 | 9 |
| 4/26/2011 | Mtg. to review investor list | 2.0 | 8 |
| 4/26/2011 | Discovery preparation for Lender counsel | 2.0 | 3 |
| 4/26/2011 | Preparation for Carl Marks meeting | 1.5 | 6 |
| 4/26/2011 | Valuation work | 2.5 | 5 |
| 4/27/2011 | Mtg. with Carl Marks | 2.0 | 1 |
| 4/27/2011 | Conf. Call with DLA - retention | 1.0 | 1 |
| 4/28/2011 | Conf. Call with PJ Finance | 1.5 | 1 |
| 4/28/2011 | Valuation work | 5.0 | 5 |
| 4/29/2011 | Retention hearing preparation | 3.0 | 3 |
| 4/29/2011 | Valuation work | 2.5 | 2 |
| 4/30/2011 | Conf. Call with DLA | 1.5 | 1 |
| 4/30/2011 | Fee application work and preparation | 2.0 | 9 |

**April Hours**     **126.0**

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Eaton Zhou - Associate

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 4/8/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| **April Hours** | | **1.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Summary of Services Rendered by Project

May 1, 2011 - May 31, 2011

| Project # | Project Description | May-2011 |
|---|---|---|
| 1 | Interface with Professionals, Official Comittees, and Other Parties-In-Interest | 28.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 6.5 |
| 3 | Preparation and/or Review of Court Filings | 30.0 |
| 4 | Court Testimony/Deposition and Preparation | 20.0 |
| 5 | Valuation Analysis and Capital Structure Review | 14.0 |
| 6 | Preparation of Materials and Documents | 7.5 |
| 7 | Interface with Potential Investors and Financing Sources | 0.0 |
| 8 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 13.0 |
| 9 | Fee Application, Engagement | 0.0 |
| **TOTAL** | | **119.0** |

Summary of Services Rendered by Professional

| Name and Title | |
|---|---|
| Glenn Carlin, Senior Managing Director | 32.0 |
| Eric Tanjeloff, Managing Director | 27.0 |
| Damian Taylor, Vice President | 60.0 |
| **TOTAL** | **119.0** |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Glenn Carlin - Senior Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 5/2/2011 | Conference Call with PJ Finance, DLA Piper & Westcorp | 1.0 | 1 |
| 5/5/2011 | Review Files / Emails | 3.0 | 8 |
| 5/6/2011 | Conference Call with Fried Frank | 0.5 | 1 |
| 5/9/2011 | Deposition Preparation | 3.0 | 4 |
| 5/10/2011 | Deposition Preparation / Document Review | 2.0 | 4 |
| 5/12/2011 | Deposition | 7.0 | 4 |
| 5/13/2011 | Conference Call with DLA Piper | 0.5 | 1 |
| 5/16/2011 | Internal Valuation Discussion | 1.0 | 5 |
| 5/16/2011 | Document Review | 1.5 | 3 |
| 5/18/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 5/19/2011 | Internal Valuation Discussion | 1.5 | 5 |
| 5/23/2011 | Conference Call with PJ Finance, DLA Piper & Westcorp | 1.5 | 1 |
| 5/25/2011 | Conference Call with DLA Piper RE: Retention | 0.5 | 1 |
| 5/25/2011 | Conference Call with DLA Piper RE: AK's Objection | 2.0 | 1 |
| 5/26/2011 | Document Review | 2.0 | 3 |
| 5/27/2011 | Internal Conference Call RE: Legal Fees | 2.0 | 2 |
| 5/28/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 5/31/2011 | Internal Meeting RE: PJ Finance | 1.0 | 2 |
| **May Hours** | | **32.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Eric Tanjeloff - Managing Director

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 5/2/2011 | Conference Call with PJ Finance | 0.5 | 1 |
| 5/2/2011 | Conference Call with PJ Finance, DLA Piper & Westcorp | 1.0 | 1 |
| 5/6/2011 | Conference Call with Fried Frank | 0.5 | 1 |
| 5/10/2011 | Preparation for Court Deposition / Glenn Carlin | 4.0 | 4 |
| 5/16/2011 | Internal Valuation Discussion | 1.0 | 5 |
| 5/16/2011 | Review of Documents | 2.0 | 8 |
| 5/19/2011 | Review of Valuation Materials | 2.0 | 5 |
| 5/19/2011 | Internal Valuation Discussion | 1.5 | 5 |
| 5/23/2011 | Conference Call with PJ Finance, DLA Piper & Westcorp | 0.5 | 1 |
| 5/24/2011 | Review of Affadavits | 4.0 | 4 |
| 5/25/2011 | Conference Call with DLA Piper RE: Retention | 2.0 | 1 |
| 5/25/2011 | Review of Fee Retention Comps | 1.0 | 8 |
| 5/26/2011 | Review of Legal Documents | 3.0 | 8 |
| 5/27/2011 | Internal Conference Call RE: Legal Fees | 2.0 | 2 |
| 5/28/2011 | Conference Call with DLA Piper | 1.0 | 1 |
| 5/31/2011 | Internal Meeting | 1.0 | 8 |
| **May Hours** | | **27.0** | |

PJ Finance Company, LLC
CBRE Capital Advisors, Inc.
Time Detail

Damian Taylor - Vice President

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 5/2/2011 | Conf. Call with PJ Finance | 0.5 | 1 |
| 5/2/2011 | Conference Call with PJ Finance, DLA Piper & Westcorp | 1.0 | 1 |
| 5/4/2011 | Correspondence with DLA Piper | 0.5 | 1 |
| 5/4/2011 | Valuation work | 3.0 | 5 |
| 5/6/2011 | Correspondence with DLA Piper (Kim Newmarch) | 0.5 | 1 |
| 5/6/2011 | Conf. Call with Westcorp | 0.5 | 2 |
| 5/9/2011 | Correspondence with DLA Piper | 0.5 | 1 |
| 5/10/2011 | Preparation for court hearing | 2.0 | 3 |
| 5/12/2011 | PJ Finance Marketing materials update | 5.5 | 6 |
| 5/13/2011 | PJ Finance Project Review | 3.0 | 8 |
| 5/13/2011 | Conf. Call with DLA Piper | 0.5 | 1 |
| 5/16/2011 | Preparation for court hearing | 1.5 | 3 |
| 5/16/2011 | Valuation work | 1.0 | 5 |
| 5/17/2011 | Preparation for court hearing | 2.0 | 3 |
| 5/17/2011 | Organized documents for discovery process | 0.5 | 6 |
| 5/18/2011 | Follow-up with Westcorp regarding projections | 0.5 | 2 |
| 5/18/2011 | Conf. Call with DLA Piper | 0.5 | 1 |
| 5/19/2011 | Review offering materials - revisions / updates | 1.5 | 6 |
| 5/19/2011 | PJ Projections | 0.5 | 2 |
| 5/19/2011 | Review valuation materials | 1.0 | 5 |
| 5/23/2011 | PJ Finance Meeting with DLA and Ernst & Young in Chicago | 7.0 | 1 |
| 5/24/2011 | Preparation for court hearing | 6.0 | 3 |
| 5/24/2011 | Valuation work | 2.0 | 5 |
| 5/24/2011 | PJ Finance Update Conference Call (Internal) | 0.5 | 1 |
| 5/25/2011 | PJ Finance Update Conference Call | 0.5 | 1 |
| 5/25/2011 | Preparation for court hearing | 7.0 | 3 |
| 5/25/2011 | Conference Call with Chris Shamaly / CBRE Legal Dept. | 0.5 | 1 |
| 5/26/2011 | Preparation for court hearing | 8.0 | 3 |
| 5/26/2011 | PJ Finance - Legal Conference Call | 0.5 | 1 |
| 5/27/2011 | PJ Finance - Legal Conference Call | 0.5 | 1 |
| 5/31/2011 | PJ Finance - Internal Meeting | 1.0 | 1 |

**May Hours** 60.0