# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                                     :
In re                                                :  Chapter 11
                                                     :
PJ Finance Company, LLC, et al.,¹                    :  Case No. 11-10688 (BLS)
                                                     :
        Debtors.                                     :  (Jointly Administered)
                                                     :
                                                     :  Re: Dkt. Nos. 5, 8, 21, 34, 40, 48, 100, 120, 189,
-----------------------------------------------------x  195, 212, 230, 333, 429, 431, 440, 443, 447 & 448, 467
```

## SCHEDULING ORDER REGARDING CERTAIN CONTESTED MATTERS

AND NOW, upon the request of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), to promote the efficient and expeditious disposition of the Contested Matters (as defined below), the following schedule will apply to (A) *Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b)* [Dkt. No. 5] (the "<u>Cash Collateral Motion</u>"); (B) *Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(B) and Federal Rule of Bankruptcy Procedure 6004 Authorizing Debtors' Entry into a Financing Arrangement and Performance Thereunder in Connection with Their Plan of Reorganization* [Dkt. No. 8] (the "<u>Financing Motion</u>"); (C) *Motion of Torchlight Loan Services, LLC ("<u>Torchlight</u>") for Entry of an Order (I) Dismissing the*

---

¹ The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

EAST\46807210.4

*Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b)* [Dkt. No. 146] (the "Motion to Dismiss"); (D) *Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan* [Dkt. No. 429] (the "Exclusivity Termination Motion"); (E) *Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery* [Dkt. No. 441] (the "Motion to Expedite Discovery"); and (F) *Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan* [Dkt. No. 466] (the "Motion to Approve Disclosure Statement" and collectively with the Cash Collateral Motion, the Financing Motion, the Motion to Dismiss, the Exclusivity Termination Motion and the Motion to Expedite Discovery, the "Contested Matters"), and any objections, responses or other pleadings related thereto,

**IT IS HEREBY AGREED AND ORDERED** that:

1. The Motion to Expedite Discovery is granted in part as set forth herein. Torchlight shall respond and produce documents in response to the Debtors' Document Request, as defined in the Motion to Expedite Discovery, on or before **October 12, 2011 at 5:00 p.m.** (prevailing Eastern time). Torchlight shall serve a copy of its response and production to counsel for the Official Committee of Unsecured Creditors ("Committee") and holders of current equity of the Debtors ("Equity").

2. The parties shall complete depositions, if any, respecting the Contested Matters no later than **October 28, 2011**. The Committee and Equity have standing to attend and participate in all such depositions.

3. Any interested party must submit to the Debtors, in writing, with copies to the Committee, any offer to become the Plan Sponsor (as that term is defined in the Plan) no later than **October 26, 2011** (the "Offer Deadline"). Such offer must at a minimum (a) be higher and/or otherwise better than the New Money Investment as identified in the Plan, in the business judgment of the Debtors, in conjunction with the CRO and after consultation with the Committee and notice to, and the opportunity to comment, by Torchlight; (b) have no financing, due diligence or other material contingencies; (c) be accompanied with a good faith deposit of $1 million, together with proof of such interested party's financial ability to close on the transaction; and (d) be accompanied with their proposed mark-up of the Plan and the plan support agreement, which shall be filed with the Bankruptcy Court.

4. As contemplated in the Motion to Approve Disclosure Statement, the Debtors and their advisors shall hold the Auction (as that term is defined in the Motion to Approve Disclosure Statement) commencing on **November 2, 2011 at 10:00 a.m.** (prevailing Central time) at the offices of DLA Piper LLP (US), 203 North LaSalle St., Suite 1900, Chicago, Illinois 60601.

5. Debtors will withdraw the Financing Motion as superseded by Motion to Approve Disclosure Statement.

6. A hearing on the Contested Matters is scheduled to commence on **November 7, 2011 at 10:00 a.m.** (prevailing Eastern time) (the "Hearing"). Objections to approval of the Disclosure Statement shall be filed with the Clerk of the Court and served on counsel for the Debtors, Committee, other parties in interest required to be served pursuant to Fed.R.Bankr.P. 2002, and the U.S. Trustee, so as to be received on **November 2, 2011 at 4:00 p.m.** (prevailing Eastern time). For avoidance of doubt, (i) the final hearing on the Cash Collateral Motion shall be heard at the Hearing and (ii) the *Fifth Interim Order (I) Authorizing the Use of Lenders' Cash*

*Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001*(the "<u>Fifth Interim Cash Collateral Order</u>") shall remain in full force and effect through the conclusion of the Hearing.

7. Deadlines in this Order may be extended only by the Court for good cause shown, or by agreement of the parties

Dated: Sept. 23, 2011
Wilmington, Delaware

_____
THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE