# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re:                                    : Chapter 11
                                          :
PJ Finance Company, LLC, *et al.*,[1]     : Case No. 11-10688 (BLS)
                                          :
           Debtors.                       : (Jointly Administered)
                                          :
---------------------------------------------------------------x Related to Docket No. 8

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that on March 7, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors and Debtors in Possession for an Order Pursuant to 11 U.S.C. Sections 105(A) and 363(B) and Federal Rule of Bankruptcy Procedure 6004 Authorizing Debtors' Entry into a Financing Arrangement and Performance Thereunder in Connection with Their Plan of Reorganization* [Docket No. 8] (the "Financing Motion").

PLEASE TAKE FURTHER NOTICE that on September 22, 2011, the Debtors filed the *Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan* [Docket No. 466] (the "Motion to Approve Disclosure Statement").

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

PLEASE TAKE FURTHER NOTICE that the Financing Motion is superseded by the Motion to Approve Disclosure Statement. Therefore, the Debtors hereby withdraw, without prejudice, the Financing Motion.

Dated: September 27, 2011
Wilmington, DE

DLA Piper LLP (US)

/s/ Stuart M. Brown
Stuart M. Brown (DE Bar No. 4050)
Michelle E. Marino (DE Bar No. 4577)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.468.5700
Facsimile: 302.394.2341
Email: stuart.brown@dlapiper.com
michelle.marino@dlapiper.com

-and-

Richard A. Chesley (IL Bar No. 6240877)
Kimberly D. Newmarch (DE Bar No. 4340)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Telephone: 312.368.4000
Facsimile: 312.236.7516
Email: richard.chesley@dlapiper.com
kim.newmarch@dlapiper.com

*Attorneys for the Debtors and Debtors-In-Possession*