# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                                                :
In re                                                           : Chapter 11
                                                                :
PJ Finance Company, LLC, *et al.*,[1]                           : Case No. 11-10688 (BLS)
                                                                :
               Debtors.                                         : (Jointly Administered)
                                                                :
----------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 4, 2011 AT 1:30 P.M. (EDT)

**CONTINUED MATTERS**

1. Motion of Chika Odumodu, Faustro Villatoro and Mauricio Villatoro for Relief from the Automatic Stay [Docket No. 346; Filed 7/29/11].

   **Response/Objection Deadline:** August 25, 2011 at 4:00 p.m. (EDT). Extended for the Debtors and the Official Committee of Unsecured Creditors through and including October 25, 2011.

   **Related Documents:** None.

   **Responses Received:** None.

   **Status:** This matter is continued to the next omnibus hearing date scheduled for November 1, 2011 at 2:00 p.m. (EDT).

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

2. Motion of Chase Peysen to Modify the Automatic Stay under Section 362 of the Bankruptcy Code [Docket No. 376; Filed 8/16/11].

   **Response/Objection Deadline:** August 25, 2011 at 4:00 p.m. (EDT). Extended for the Debtors and the Official Committee of Unsecured Creditors through and including October 25, 2011.

   **Related Documents:** None.

   **Responses Received:** None.

   **Status:** This matter is continued to the next omnibus hearing scheduled for November 1, 2011 at 2:00 p.m. (EDT).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

3. Motion of Debtors and Debtors in Possession for an Order Further Extending the Debtors' Time to File Notices of Removal of Related Proceedings [Docket No. 404; Filed 9/1/11].

   **Response/Objection Deadline:** September 16, 2011 at 4:00 p.m. (EDT).

   **Related Documents:**

   A. Certificate of No Objection Regarding Motion of Debtors and Debtors in Possession for an Order Further Extending the Debtors' Time to File Notices of Removal of Related Proceeding [Docket No. 459; Filed 9/21/11].

   **Responses Received:** None.

   **Status:** A Certification of No Objection has been filed for this matter, therefore no hearing is necessary, unless the Court has any questions or concerns.

**UNCONTESTED MATTERS GOING FORWARD**

4. Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement between the Debtors and GlassRatner Advisory & Capital Group, LLC [Docket No. 444; Filed 9/19/11].

   **Response/Objection Deadline:** September 29, 2011 at 4:00 p.m. (EDT). Extended for the United States Trustee through and including October 3, 2011 at 12:00 p.m. (EDT).

**Related Documents:**

A. Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods and Set Expedited Hearing for the Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement between the Debtors and GlassRatner Advisory & Capital Group, LLC [Docket No. 445; Filed 9/19/11].

B. Order Granting Motion of Debtors and Debtors in Possession to Shorten Notice and Objection Periods and Set Expedited Hearing for the Motion of the Debtors and Debtors-in-Possession for Entry of an Order Pursuant to Section 363 of the Bankruptcy Code Approving the Services Agreement between the Debtors and GlassRatner Advisory & Capital Group, LLC [Docket No. 462; Filed 9/22/11].

**Responses Received:** None.

**Status:** The Debtors have received informal comments from the Office of the United States Trustee with respect to the proposed form of order. Based upon the discussions with the U.S. Trustee, the Debtors have revised the order originally submitted with the Motion. The revised order has been circulated to the U.S. Trustee and is acceptable to them and Debtors intend to submit the agreed order to Court under Certification of Counsel prior to the hearing, therefore no hearing on this matter is necessary, unless the Court has any questions or concerns.

Dated: September 30, 2011
Wilmington, Delaware

Respectfully submitted,

DLA Piper LLP (US)

/s/ Stuart M. Brown
Stuart M. Brown (DE Bar No. 4050)
Michelle E. Marino (DE Bar No. 4577)
919 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.468.5700
Facsimile: 302.394.2341
Email: stuart.brown@dlapiper.com
michelle.marino@dlapiper.com

-and-

Richard A. Chesley (IL Bar No. 6240877)
Kimberly D. Newmarch (DE Bar No. 4340)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Telephone: 312.368.4000
Facsimile: 312.236.7516
Email: richard.chesley@dlapiper.com
kim.newmarch@dlapiper.com

*Attorneys for the Debtors and Debtors-In-Possession*