IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: Chapter 11
In re: :
: Case No. 11-10688 (BLS)
PJ Finance Company, LLC, *et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
:
---------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS SCHEDULED
# FOR HEARING ON NOVEMBER 7, 2011 AT 10:00 A.M. (EST)

## THIS HEARING HAS BEEN CANCELLED WITH
## THE PERMISSION OF THE COURT

**CONTINUED MATTERS**

1. Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 5; Filed 3/7/11].

    **Response/Objection Deadline:** April 1, 2011 at 4:00 p.m. (EDT); Extended for the Torchlight Loan Services LLC and the Official Committee of Unsecured Creditors through and including September 14, 2011 at 4:00 p.m. (EDT).

    **Related Documents:**

    A. Order (Interim) (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 21; Filed 3/8/11].

---

[1] The Debtors are the following seven entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): PJ Finance Company, LLC (8895), PJ Holding Company Manager, LLC (8895), PJ Holding Company, LLC (8895), Alliance PJRT GP, Inc. (1787), Alliance PJWE GP, L.L.C. (8133), Alliance PJRT Limited Partnership (1789) and Alliance PJWE Limited Partnership (8198). The mailing address of each of the Debtors solely for purposes of notices and communications is 1200 North Ashland Avenue, Suite 600, Chicago, Illinois 60622.

B.  Exhibit to Motion of the Debtors and Debtors in Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B) Supplemental Budget [Docket No. 34; Filed 3/15/11].

C.  Second Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 48; Filed 3/17/11].

D.  Exhibit to the Initial Operating Report, Attachment 1 – 13 Week Budget [Docket No. 81; Filed 3/29/11].

E.  Third Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 100; Filed 4/6/11].

F.  Fourth Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 230; Filed 6/2/11].

G.  Fifth Interim Order (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 333; Filed 7/20/11].

H.  Order Approving Stipulation of Debtors, Official Committee of Unsecured Creditors and Torchlight Loan Services, LLC Regarding Fifth Interim Cash Collateral Order [Docket No. 410; Filed 9/6/11].

I.  Statement of the Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 450; Filed 9/19/11]

J.  Scheduling Order Regarding Certain Contested Matters [Docket No. 473; Filed 9/23/11]

K.  Agreed Order Establishing Extended Deadlines and Procedures Related to Debtors' Disclosure Statement, Plan and Investment Process [Docket No. 549; Filed 10/28/11]

**Responses Received:**

A. Objection of Torchlight Loan Services, LLC to Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 40; Filed 3/16/11].

B. Supplemental Objection of Torchlight Loan Services, LLC to Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 212; Filed 5/24/11].

C. Supplemental Objection of Torchlight Loan Services, LLC to Motion of the Debtors and Debtors In Possession for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. Sections 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 431; Filed 9/14/11].

D. Omnibus Reply of Debtors and Debtors in Possession to (A) Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan and (B) Objections of Torchlight Loan Services, LLC for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 443; Filed 9/19/11].

**Status:** This matter is continued to the hearing on January 18, 2012 at 10:00 a.m. (EST).

2. Amended Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 146; Filed 4/29/11].

**Response/Objection Deadline:** May 12, 2011 at 4:00 p.m. (EDT); Extended for the Debtors and the Official Committee of Unsecured Creditors through and including September 14, 2011 at 4:00 p.m. (EDT).

**Related Documents:**

A. Scheduling Order Regarding Certain Contested Matters [Docket No. 473; Filed 9/23/11]

B.  Agreed Order Establishing Extended Deadlines and Procedures Related to Debtors' Disclosure Statement, Plan and Investment Process [Docket No. 549; Filed 10/28/11]

**Responses Received:**

A.  Objection of Excel Carpet Care and Resurfacing to Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 168; Filed 5/9/11].

B.  Objection of the Official Committee of Unsecured Creditors to the Amended Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 209; Filed 5/24/11].

C.  Objection of Debtors and Debtors in Possession to Amended Motion of Torchlight Loan Services, LLC for Entry of an Order (I) Dismissing the Above-Captioned Chapter 11 Cases, or, Alternatively, (II) Converting These Cases to Cases Under Chapter 7 for Cause Pursuant to 11 U.S.C. § 1112(b) [Docket No. 210; Filed 5/24/11].

**Status:** This matter is continued to the hearing on January 18, 2012 at 10:00 a.m. (EST).

3.  Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 429; Filed 9/14/11].

**Response/Objection Deadline:** September 20, 2011 at 12:00 p.m. (EDT).

**Related Documents:**

A.  Motion to Shorten and Limit Notice Regarding Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 430; Filed 9/14/11].

B.  Order on Motion to Shorten and Limit Notice [Docket No. 436; Filed 9/16/11].

C.  Scheduling Order Regarding Certain Contested Matters [Docket No. 473; Filed 9/23/11]

D.  Agreed Order Establishing Extended Deadlines and Procedures Related to Debtors' Disclosure Statement, Plan and Investment Process [Docket No. 549; Filed 10/28/11]

**Responses Received:**

A. Omnibus Reply of Debtors and Debtors in Possession to (A) Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors' Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan and (B) Objections of Torchlight Loan Services, LLC for Entry of Interim and Final Orders (I) Authorizing the Use of Lenders' Cash Collateral, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b) [Docket No. 443; Filed 9/19/11].

B. Objection to Motion of Torchlight Loan Services, LLC for Entry of an Order Terminating Debtors Exclusive Periods for the Filing and Solicitation of a Chapter 11 Plan [Docket No. 455; Filed 9/20/11].

**Status:** In accordance with the Agreed Order Establishing Extended Deadlines and Procedures Related to Debtors' Disclosure Statement, Plan and Investment Process [Docket No. 549] (the "Agreed Order"), and as further set forth in the Agreed Order, if an Additional Offer is submitted by the Offer Deadline and the Debtors conduct the Auction, this matter is continued to the December 15, 2011 hearing at 1:00 p.m. (EST). If no Additional Offer is submitted by the Offer Deadline, the Court will hold a hearing regarding this matter on January 18, 2012 at 10:00 a.m. (EST).

4. Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery [Docket No. 441; Filed 9/19/11].

**Response/Objection Deadline (Proposed):** September 20, 2011 at 4:00 p.m. (EDT).

**Related Documents:**

A. Notice of Service of Discovery [Docket No. 440; Filed 9/19/11].

B. Debtors' Motion to Shorten Notice and Objection Periods for Debtors' Motion for an Order Expediting the Deadline to Respond to Discovery [Docket No. 442; Filed 9/19/11].

C. Scheduling Order Regarding Certain Contested Matters [Docket No. 473; Filed 9/23/11]

D. Agreed Order Establishing Extended Deadlines and Procedures Related to Debtors' Disclosure Statement, Plan and Investment Process [Docket No. 549; Filed 10/28/11]

**Responses Received:**

**Status:** This matter is continued to the hearing on January 18, 2012 at 10:00 a.m. (EST).

5.  Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of Plan [Docket No. 466; Filed 9/22/11].

    **Response/Objection Deadline:** If an Additional Offer is submitted by the Offer Deadline and the Debtors conduct the Auction as further set forth in the Agreed Order, the response/objection deadline is December 12, 2011 at 4:00 p.m. (EST). If no Additional Offer is submitted by the Offer Deadline as further set forth in the Agreed Order, the response/objection deadline is extended to January 14, 2011 at 4:00 p.m. (EST).

    **Related Documents:**

    A.  Joint Plan of Reorganization of the Debtors and the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code [Docket No. 447; Filed 9/19/11].

    B.  Disclosure Statement for Joint Plan of the Debtors and the Official Committee of Unsecured Creditors Under Chapter 11 of the Bankruptcy Code [Docket No. 448; Filed 9/19/11].

    C.  Scheduling Order Regarding Certain Contested Matters [Docket No. 473; Filed 9/23/11].

    D.  Agreed Order Establishing Extended Deadlines and Procedures Related to Debtors' Disclosure Statement, Plan and Investment Process [Docket No. 549; Filed 10/28/11].

    **Responses Received:**

    **Status:** In accordance with the Agreed Order, if an Additional Offer is submitted by the Offer Deadline and the Debtors conduct the Auction, this matter is continued to the December 15, 2011 hearing at 1:00 p.m. (EST). If no Additional Offer is submitted by the Offer Deadline, the Court will hold a hearing regarding this matter on January 18, 2012 at 10:00 a.m. (EST).

Dated: November 3, 2011　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　DLA Piper LLP (US)

　　　　　　　　　　　　　　　　　　/s/ Stuart M. Brown
　　　　　　　　　　　　　　　　　　Stuart M. Brown (DE Bar No. 4050)
　　　　　　　　　　　　　　　　　　Michelle E. Marino (DE Bar No. 4577)
　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone:　302.468.5700
　　　　　　　　　　　　　　　　　　Facsimile:　302.394.2341

Email:        stuart.brown@dlapiper.com
                michelle.marino@dlapiper.com

-and-

Richard A. Chesley (IL Bar No. 6240877)
Kimberly D. Newmarch (DE Bar No. 4340)
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601
Telephone:  312.368.4000
Facsimile:   312.236.7516
Email:       richard.chesley@dlapiper.com
              kim.newmarch@dlapiper.com

*Attorneys for the Debtors and Debtors-In-Possession*